**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

**NORTHERN DISTRICT OF ILLINOIS**

Case number (if known): _____

Chapter you are filing under:

- [ ] Chapter 7
- [ ] Chapter 11
- [ ] Chapter 12
- [x] Chapter 13

- [ ] Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

12/15

The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone. A married couple may file a bankruptcy case together--called a joint case--and in joint cases, these forms use you to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses Debtor 1 and Debtor 2 to distinguish between them. In joint cases, one of the spouses must report information as Debtor 1 and the other as Debtor 2. The same person must be Debtor 1 in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:  Identify Yourself

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Carol**<br>First Name<br><br>**J**<br>Middle Name<br><br>**Loveless**<br>Last Name<br><br>_____<br>Suffix (Sr., Jr., II, III) | _____<br>First Name<br><br>_____<br>Middle Name<br><br>_____<br>Last Name<br><br>_____<br>Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br><br>Include your married or maiden names. | _____<br>First Name<br><br>_____<br>Middle Name<br><br>_____<br>Last Name | _____<br>First Name<br><br>_____<br>Middle Name<br><br>_____<br>Last Name |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – __6__ __3__ __8__ __2__<br><br>OR<br><br>9xx – xx – ____ ____ ____ ____ | xxx – xx – ____ ____ ____ ____<br><br>OR<br><br>9xx – xx – ____ ____ ____ ____ |

| Debtor 1 | Carol | J | Loveless | Case number (if known) | _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| | | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|---|

**4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and doing business as names

☑ I have not used any business names or EINs.

_____
Business name

_____
Business name

_____
Business name

___ — ___ ___ ___ ___ ___ ___ ___
EIN

___ — ___ ___ ___ ___ ___ ___ ___
EIN

☐ I have not used any business names or EINs.

_____
Business name

_____
Business name

_____
Business name

___ — ___ ___ ___ ___ ___ ___ ___
EIN

___ — ___ ___ ___ ___ ___ ___ ___
EIN

**5. Where you live**

**4518 W. 89th St**
_____
Number    Street

_____

_____

**Hometown.        IL      60456**
_____
City                State    ZIP Code

**Cook**
_____
County

If your mailing address is different from the one above, fill it in here. Note that the court will send any notices to you at this mailing address.

**4518 W. 89th St**
_____
Number    Street

_____
P.O. Box

**Hometown         IL      60456**
_____
City                State    ZIP Code

If Debtor 2 lives at a different address:

_____
Number    Street

_____

_____

_____
City                State    ZIP Code

_____
County

If Debtor 2's mailing address is different from yours, fill it in here. Note that the court will send any notices to you at this mailing address.

_____
Number    Street

_____
P.O. Box

_____
City                State    ZIP Code

**6. Why you are choosing this district to file for bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.  Explain. (See 28 U.S.C. § 1408.)

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.  Explain. (See 28 U.S.C. § 1408.)

---

**Part 2:    Tell the Court About Your Bankruptcy Case**

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one:*  (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).  Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7

☐ Chapter 11

☐ Chapter 12

☑ Chapter 13

| Debtor 1 | Carol | J | Loveless | Case number (if known) _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**8. How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.**  Please check with the clerk's office in your local court for more details about how you may pay.  Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order.  If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.**  If you choose this option, sign and attach the Application for Individuals to Pay Your Filing Fee in Installments (Official Form 103A).

☐ **I request that my fee be waived**  (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments).  If you choose this option, you must fill out the Application to Have the Chapter 7 Filing Fee Waived (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☑ No

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| | | | MM / DD / YYYY | | |
| District | _____ | When | _____ | Case number | _____ |
| | | | MM / DD / YYYY | | |
| District | _____ | When | _____ | Case number | _____ |
| | | | MM / DD / YYYY | | |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No

☐ Yes.

| Debtor | _____ | Relationship to you | _____ |
|---|---|---|---|
| District | _____ | When | _____ | Case number, |
| | | | MM / DD / YYYY | if known |

| Debtor | _____ | Relationship to you | _____ |
|---|---|---|---|
| District | _____ | When | _____ | Case number, |
| | | | MM / DD / YYYY | if known |

**11. Do you rent your residence?**

☑ No.  Go to line 12.

☐ Yes.  Has your landlord obtained an eviction judgment against you and do you want to stay in your residence?

☐ No.  Go to line 12.

☐ Yes.  Fill out Initial Statement About an Eviction Judgment Against You (Form 101A) and file it with this bankruptcy petition.

| Debtor 1 | **Carol** | **J** | **Loveless** | Case number (if known) | _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

| **Part 3:** | **Report About Any Businesses You Own as a Sole Proprietor** |
|---|---|

**12.** **Are you a sole proprietor of any full- or part-time business?**

☒ No.  Go to Part 4.
☐ Yes.  Name and location of business

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

Name of business, if any _____

_____
Number      Street

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

_____

_____  _____  _____
City                                  State        ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13.** **Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.  If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☒ No.  I am not filing under Chapter 11.

For a definition of small business debtor, see 11 U.S.C. § 101(51D).

☐ No.  I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.  I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

---

| **Part 4:** | **Report If You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |
|---|---|

**14.** **Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety?  Or do you own any property that needs immediate attention?**

☒ No
☐ Yes.  What is the hazard? _____

_____

If immediate attention is needed, why is it needed?

_____

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

Where is the property? _____

_____
Number      Street

_____

_____  _____  _____
City                                  State        ZIP Code

| Debtor 1 | **Carol** | **J** | **Loveless** | Case number (if known) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 5:   Explain Your Efforts to Receive a Briefing About Credit Counseling

**15. Tell the court whether you have received briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**
*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**   I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**   My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**   I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**
*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**   I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**   My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**   I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

| Debtor 1 | **Carol** | **J** | **Loveless** | Case number (if known) |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| **Part 6:** | **Answer These Questions for Reporting Purposes** |
|---|---|

**16. What kind of debts do you have?**

**16a. Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.
☒ Yes. Go to line 17.

**16b. Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☐ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer or business debts.

_____

**17. Are you filing under Chapter 7?**

☒ No. I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☐ Yes

**18. How many creditors do you estimate that you owe?**

☐ 1-49
☒ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☐ $0-$50,000
☒ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0-$50,000
☐ $50,001-$100,000
☒ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

| Debtor 1 | **Carol** | **J** | **Loveless** | Case number (if known) |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 7:    Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**X /s/ Carol J Loveless**                                        **X** _____
Carol J Loveless, Debtor 1                                          Signature of Debtor 2

Executed on **09/22/2016**                                        Executed on _____
　　　　　　 MM / DD / YYYY                                              MM / DD / YYYY

| Debtor 1 | **Carol** | **J** | **Loveless** | Case number (if known) |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**X** **/s/ Robert J. Adams & Associates**                    Date **09/22/2016**
Signature of Attorney for Debtor                              MM / DD / YYYY

**Robert J. Adams & Associates**
Printed name

**Robert J. Adams & Associates**
Firm Name

**901 W. Jackson, Suite 202**
Number        Street

**Chicago**                                            **IL**        **60607**
City                                                   State      ZIP Code

Contact phone  **(312) 346-0100**        Email address

**0013056**
Bar number                                             State

**Fill in this information to identify your case:**

| Debtor 1 | Carol | J | Loveless |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**

Case number
(if known) _____

☐ Check if this is an amended filing

## Official Form 103A

## Application for Individuals to Pay the Filing Fee in Installments    12/15

Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.

| Part 1: | Specify Your Proposed Payment Timetable |
|---|---|

**1.** **Which chapter of the Bankruptcy Code are you choosing to file under?**

☐ Chapter 7
☐ Chapter 11
☐ Chapter 12
☑ Chapter 13

**2.** **You may apply to pay the filing fee in up to four installments.  Fill in the amounts you propose to pay and the dates you plan to pay them.  Be sure all dates are business days.  Then add the payments you propose to pay.**

You must propose to pay the entire fee no later than 120 days after you file this bankruptcy case.  If the court approves your application, the court will set your final payment timetable.

**You propose to pay...**

_____ ☑ With the filing of the petition
                ☐ On or before this date.........
                                        MM / DD / YYYY

_____ On or before this date.................
                                        MM / DD / YYYY

_____ On or before this date.................
                                        MM / DD / YYYY

+ _____ On or before this date.................
                                        MM / DD / YYYY

Total    **$0.00**    <-- Your total must equal the entire fee for the chapter you checked in line 1.

| Part 2: | Sign Below |
|---|---|

By signing here, you state that you are unable to pay the full filing fee at once, that you want to pay the fee in installments, and that you understand that:

- You must pay your entire filing fee before you make any more payments or transfer any more property to an attorney, bankruptcy petition preparer, or anyone else for services in connection with your bankruptcy case.

- You must pay the entire fee no later than 120 days after you first file for bankruptcy, unless the court later extends your deadline.  Your debts will not be discharged until your entire fee is paid.

- If you do not make any payment when it is due, your bankruptcy case may be dismissed, and your rights in other bankruptcy proceedings may be affected.

X  **/s/ Carol J Loveless**          X _____          X  **/s/ Robert J. Adams & Associates**
Carol J Loveless, Debtor 1          Signature of Debtor 2          **Robert J. Adams & Associates**
                                                                    Your attorney's name and signature, if
                                                                    you used one

Date: **09/22/2016**          Date: _____          Date: **09/22/2016**
MM / DD / YYYY          MM / DD / YYYY          MM / DD / YYYY

**Fill in this information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Carol** | **J** | **Loveless** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**

Case number
(if known) _____

Chapter filing under:
☐ Chapter 7
☐ Chapter 11
☐ Chapter 12
☑ Chapter 13

## Order Approving Payment of Filing Fee in Installments

After considering the Application for Individuals to Pay the Filing Fee in Installments (Official Form 103A), the court orders that:

☑ The debtor(s) may pay the filing fee in installments on the terms proposed in the application.

☐ The debtor(s) must pay the filing fee according to the following terms:

| You must pay... | On or before this date... |
|---|---|
| _____ | _____ |
| | Month / day / year |
| _____ | _____ |
| | Month / day / year |
| _____ | _____ |
| | Month / day / year |
| + _____ | _____ |
| | Month / day / year |
| **Total** [_____] | |

Until the filing fee is paid in full, the debtor(s) must not make any additional payment or transfer any additional property to an attorney or to anyone else for services in connection with this case.

_____     **By the court:**     _____
Month / day / year                                              United States Bankruptcy Judge

| **Fill in this information to identify your case and this filing:** | | | |
|---|---|---|---|
| Debtor 1 | **Carol** | **J** | **Loveless** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS** | | | |
| Case number (if known) | | | |

☐ Check if this is an
amended filing

Official Form 106A/B

## Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.
   ☑ Yes. Where is the property?

1.1.
**4518 W. 89th Street, Hometown, IL 60456**

**duplex**
**Value, per Zillow.com**

_____
County

**What is the property?**
Check all that apply.

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?**
Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

Other information you wish to add about this item, such as local
property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**
$82,000.00

**Current value of the portion you own?**
$82,000.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**
_____

☑ **Check if this is community property**
(see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here** .......................................➔

| $82,000.00 |
|---|

### Part 2:    Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

   ☐ No
   ☑ Yes

Debtor 1    **Carol**          **J**                    **Loveless**                    Case number (if known) _____

First Name          Middle Name          Last Name

3.1.

| | | |
|---|---|---|
| Make: | **Ford** | |
| Model: | **Taurus** | |
| Year: | **2001** | |
| Approximate mileage: | **14,000** | |

Other information:

**2001 Ford Tarus (approx. 140000 miles)**

**Client paid $1,000 March 2016**

Who has an interest in the property?
Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$1,000.00** | **$1,000.00** |

4.   **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:*  Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☒ No
☐ Yes

5.   Add the dollar value of the portion you own for all of your entries from Part 2, including any
entries for pages you have attached for Part 2.  Write that number here.........................................➔    | **$1,000.00** |

---

## Part 3:    Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

6.   **Household goods and furnishings**
*Examples:*  Major appliances, furniture, linens, china, kitchenware

☒ No
☐ Yes.  Describe.....                                                                         _____

7.   **Electronics**
*Examples:*  Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners;
music collections; electronic devices including cell phones, cameras, media players, games

☐ No
☒ Yes.  Describe.....   **5 room house**                                                $300.00

8.   **Collectibles of value**
*Examples:*  Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects;
stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☒ No
☐ Yes.  Describe.....                                                                         _____

9.   **Equipment for sports and hobbies**
*Examples:*  Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis;
canoes and kayaks; carpentry tools; musical instruments

☒ No
☐ Yes.  Describe.....                                                                         _____

10.  **Firearms**
*Examples:*  Pistols, rifles, shotguns, ammunition, and related equipment

☒ No
☐ Yes.  Describe.....                                                                         _____

11.  **Clothes**
*Examples:*  Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No
☒ Yes.  Describe.....   **Clothes**                                                      $400.00

| Debtor 1 | **Carol** | **J** | **Loveless** | Case number (if known) _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**12. Jewelry**

*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

- ☑ No
- ☐ Yes. Describe..... _____

**13. Non-farm animals**

*Examples:* Dogs, cats, birds, horses

- ☑ No
- ☐ Yes. Describe..... _____

**14. Any other personal and household items you did not already list, including any health aids you did not list**

- ☑ No
- ☐ Yes. Give specific information............. _____

**15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write the number here.................................................................................→** | **$700.00** |

## Part 4:  Describe Your Financial Assets

**Do you own or have any legal or equitable interest in any of the following?**

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**16. Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

- ☐ No
- ☑ Yes.................................................................................. Cash: ...........................  | **$5.00** |

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions.  If you have multiple accounts with the same institution, list each.

- ☐ No
- ☑ Yes............................  Institution name:

| 17.1. | Checking account: | **Checking account** | **$60.00** |
| 17.2. | Checking account: | **Checking account with Marquett Bank** | **$400.00** |

**18. Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

- ☑ No
- ☐ Yes............................  Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

- ☑ No
- ☐ Yes.  Give specific information about them........................  Name of entity:  _____  % of ownership:

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

- ☑ No
- ☐ Yes.  Give specific information about them........................  Issuer name:

| Debtor 1 | **Carol** | **J** | **Loveless** | Case number (if known) |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**21. Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☑ No
☐ Yes. List each
account separately.    Type of account:        Institution name:

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No
☐ Yes............................        Institution name or individual:

**23. Annuities** (A contract for a specific periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes............................  Issuer name and description:

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No
☐ Yes............................  Institution name and description.  Separately file the records of any interests.  11 U.S.C. § 521(c)

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No
☐ Yes.  Give specific
information about them                                                        _____

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property;**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No
☐ Yes.  Give specific
information about them                                                        _____

**27. Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No
☐ Yes.  Give specific
information about them                                                        _____

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**28. Tax refunds owed to you**

☑ No
☐ Yes.  Give specific information
about them, including whether
you already filed the returns
and the tax years.....................

| | |
|---|---|
| Federal: | **$0.00** |
| State: | **$0.00** |
| Local: | **$0.00** |

| Debtor 1 | **Carol** | **J** | **Loveless** | Case number (if known) | _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**29.** **Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No
☐ Yes. Give specific information

| | | |
|---|---|---|
| Alimony: | _____ | **$0.00** |
| Maintenance: | _____ | **$0.00** |
| Support: | _____ | **$0.00** |
| Divorce settlement: | _____ | **$0.00** |
| Property settlement: | _____ | **$0.00** |

**30.** **Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No
☐ Yes. Give specific information                                                                                    _____

**31.** **Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☑ No
☐ Yes. Name the insurance
company of each policy
and list its value............... Company name:          Beneficiary:          Surrender or refund value:

**32.** **Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently
entitled to receive property because someone has died

☑ No
☐ Yes. Give specific information                                                                                    _____

**33.** **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☑ No
☐ Yes. Describe each claim........                                                                                    _____

**34.** **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No
☐ Yes. Describe each claim........                                                                                    _____

**35.** **Any financial assets you did not already list**

☑ No
☐ Yes. Give specific information                                                                                    _____

**36.** Add the dollar value of all of your entries from Part 4, including any entries for pages you have
attached for Part 4. Write that number here.................................................................➔

| |
|---|
| **$465.00** |

| **Part 5:** | **Describe Any Business-Related Property You Own or Have an Interest In.  List any real estate in Part 1.** |
|---|---|

**37.** **Do you own or have any legal or equitable interest in any business-related property?**

☑ No. Go to Part 6.
☐ Yes. Go to line 38.

| Debtor 1 | **Carol** | **J** | **Loveless** | Case number (if known) |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

☑ No
☐ Yes. Describe..

_____

39. **Office equipment, furnishings, and supplies**
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☑ No
☐ Yes. Describe..

_____

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No
☐ Yes. Describe..

_____

41. **Inventory**

☑ No
☐ Yes. Describe..

_____

42. **Interests in partnerships or joint ventures**

☑ No
☐ Yes. Describe.....   Name of entity:                    % of ownership:

43. **Customer lists, mailing lists, or other compilations**

☑ No
☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?
  ☐ No
  ☐ Yes. Describe.....

_____

44. **Any business-related property you did not already list**

☑ No
☐ Yes. Give specific information.

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here** ................................................................. ➔ | $0.00 |

---

**Part 6:**   **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
**If you own or have an interest in farmland, list it in Part 1.**

---

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.
☐ Yes. Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

47. **Farm animals**
*Examples:* Livestock, poultry, farm-raised fish

☑ No
☐ Yes....

_____

Debtor 1   **Carol**          **J**          **Loveless**          Case number (if known) _____

First Name          Middle Name          Last Name

**48. Crops--either growing or harvested**

☑ No
☐ Yes.  Give specific
    information................

**49. Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No
☐ Yes....

**50. Farm and fishing supplies, chemicals, and feed**

☑ No
☐ Yes....

**51. Any farm- and commercial fishing-related property you did not already list**

☑ No
☐ Yes.  Give specific
    information................

**52. Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6.  Write that number here**....................................................................➔ | **$0.00** |

---

| **Part 7:** | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |

**53. Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership

☐ No
☑ Yes.  Give specific information.

  **Personal Injury Case pending**
  **Attorney for client is Kathryn I. Conway, of Poer, Rogers & Smith, 70 W. Madison, 55th Floor,**
  **Chicago, IL 60602;**
  **Value is unknown:**
  **Debtor exempts $15,000 and the balance of her personal property exemption of $4,000**          $0.00

**54. Add the dollar value of all of your entries from Part 7.  Write that number here**............................➔ | **$0.00** |

---

| **Part 8:** | **List the Totals of Each Part of this Form** |

**55. Part 1: Total real estate, line 2**.........................................................................➔   $82,000.00

**56. Part 2: Total vehicles, line 5**          $1,000.00

**57. Part 3: Total personal and household items, line 15**          $700.00

**58. Part 4: Total financial assets, line 36**          $465.00

**59. Part 5: Total business-related property, line 45**          $0.00

**60. Part 6: Total farm- and fishing-related property, line 52**          $0.00

**61. Part 7: Total other property not listed, line 54**          +          $0.00

**62. Total personal property.**   Add lines 56 through 61..................   $2,165.00   Copy personal property total ➔ + $2,165.00

**63. Total of all property on Schedule A/B.**   Add line 55 + line 62.............................................   $84,165.00

| Debtor 1 | **Carol** | **J** | **Loveless** | Case number (if known) |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Fill in this information to identify your case:**

Debtor 1        **Carol**          **J**            **Loveless**
                First Name         Middle Name      Last Name

Debtor 2
(Spouse, if filing)  First Name    Middle Name      Last Name

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**

Case number
(if known)

☐ Check if this is an
   amended filing

Official Form 106C

## Schedule C: The Property You Claim as Exempt

04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions--such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds--may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1:    Identify the Property You Claim as Exempt

1.  **Which set of exemptions are you claiming?**   *Check one only, even if your spouse is filing with you.*

    ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
    ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2.  **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**2001 Ford Taurus (approx. 14000 miles)**<br>**2001 Ford Tarus (approx. 140000 miles)**<br>**Client paid $1,000 March 2016**<br>Line from *Schedule A/B*:  **3.1** | **$1,000.00** | ☑ **$1,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-1001(c)** |
| Brief description:<br>**5 room house**<br><br>Line from *Schedule A/B*:  **7** | **$300.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-1001(b)** |

3.  **Are you claiming a homestead exemption of more than $160,375?**

    (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

    ☑ No
    ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
        ☐ No
        ☐ Yes

| Debtor 1 | **Carol** | **J** | **Loveless** | Case number (if known) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**Clothes**<br><br>Line from *Schedule A/B*: __11__ | **$400.00** | ☑ **$400.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-1001(a), (e)** |
| Brief description:<br>**Cash**<br><br>Line from *Schedule A/B*: __16__ | **$5.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-1001(b)** |
| Brief description:<br>**Checking account**<br><br>Line from *Schedule A/B*: __17.1__ | **$60.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-1001(b)** |
| Brief description:<br>**Checking account with Marquett Bank**<br><br>Line from *Schedule A/B*: __17.2__ | **$400.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-1001(b)** |
| Brief description:<br>**Personal Injury Case pending<br>Attorney for client is Kathryn I. Conway, of Poer, Rogers & Smith, 70 W. Madison, 55th Floor, Chicago, IL 60602;<br>Value is unknown:<br>Debtor exempts $15,000 and the balance of her personal property exemption of $4,000<br>(1st exemption claimed for this asset)**<br>Line from *Schedule A/B*: __53__ | **$0.00** | ☑ **$4,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-1001(b)** |
| Brief description:<br>**Personal Injury Case pending<br>Attorney for client is Kathryn I. Conway, of Poer, Rogers & Smith, 70 W. Madison, 55th Floor, Chicago, IL 60602;<br>Value is unknown:<br>Debtor exempts $15,000 and the balance of her personal property exemption of $4,000<br>(2nd exemption claimed for this asset)**<br>Line from *Schedule A/B*: __53__ | **$0.00** | ☑ **$15,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-1001(h)(4)** |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Carol** | **J** | **Loveless** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**

Case number
(if known) _____

☐ Check if this is an
   amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property
**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**

   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

## Part 1:  List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|

**2.1**

**Lvdag Lic**
Creditor's name
**c/o**
Number    Street
**Ira T. Nevel**

**175 N. Frianklin St**

City                State    ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim relates
   to a community debt**

**Date debt was incurred   2007**

Describe the property that
secures the claim:

**duplex**

| Column A | Column B | Column C |
|---|---|---|
| **$140,000.00** | **$82,000.00** | **$58,000.00** |

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
   **Mortgage**

Last 4 digits of account number   ___ ___ ___ ___

Add the dollar value of your entries in Column A on this page. Write
that number here:

| **$140,000.00** |
|---|

If this is the last page of your form, add the dollar value totals from
all pages. Write that number here:

| **$140,000.00** |
|---|

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Carol** | **J** | **Loveless** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

| Part 1: | List All of Your PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims against you?**

    ☐ No. Go to Part 2.
    ☑ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If more space is needed for priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

    (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| **2.1** | | $3,850.00 | $3,850.00 | $0.00 |

**Robert J. Adams & Associates**
Priority Creditor's Name
**901 W. Jackson, Suite 202**
Number        Street

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** 09/12/2016

_____

| | | |
|---|---|---|
| **Chicago** | **IL**   **60607** | |
| City | State   ZIP Code | |

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify
  **Attorney fees for this case**

Debtor 1  **Carol**           **J**           **Loveless**                Case number (if known) _____
           First Name         Middle Name     Last Name

| **Part 2:** | List All of Your NONPRIORITY Unsecured Claims |

**3.    Do any creditors have nonpriority unsecured claims against you?**

☐  No.  You have nothing to report in this part.  Submit this form to the court with your other schedules.

☑  Yes

**4.    List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.**
If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim.  For each claim listed, identify what type of claim it is.  Do not list claims already included in Part 1.  If more than one creditor holds a particular claim, list the other creditors in Part 3.  If more space is needed for nonpriority unsecured claims, fill out the Continuation Page of Part 2.

| | **Total claim** |

| **4.1** | | $11,296.12 |

**Academy Collection Service, Inc.**
Nonpriority Creditor's Name
**10965 Decatur Road**
Number       Street

_____

**Philadelphia           PA     19154-3210**
City                     State   ZIP Code
**Who incurred the debt?**    Check one.
☐  Debtor 1 only
☐  Debtor 2 only
☐  Debtor 1 and Debtor 2 only
☐  At least one of the debtors and another
☐  **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑  No
☐  Yes

**Last 4 digits of account number**   __ __ __ __
**When was the debt incurred?**        _____
**As of the date you file, the claim is:** Check all that apply.
☐  Contingent
☐  Unliquidated
☐  Disputed

**Type of NONPRIORITY unsecured claim:**
☐  Student loans
☐  Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐  Debts to pension or profit-sharing plans, and other similar debts
☑  Other.  Specify
    **Collecting For -**

| **4.2** | | $218.00 |

**ACL Laboratories**
Nonpriority Creditor's Name
**P.O BOX 27901**
Number       Street

_____

**Wst Allis              WI     53227**
City                     State   ZIP Code
**Who incurred the debt?**    Check one.
☐  Debtor 1 only
☐  Debtor 2 only
☐  Debtor 1 and Debtor 2 only
☐  At least one of the debtors and another
☐  **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑  No
☐  Yes

**Last 4 digits of account number**   __ __ __ __
**When was the debt incurred?**        _____
**As of the date you file, the claim is:** Check all that apply.
☐  Contingent
☐  Unliquidated
☐  Disputed

**Type of NONPRIORITY unsecured claim:**
☐  Student loans
☐  Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐  Debts to pension or profit-sharing plans, and other similar debts
☑  Other.  Specify
    **Medical**

Debtor 1    **Carol**          **J**           **Loveless**                    Case number (if known) _____
_____      _____      _____
First Name          Middle Name        Last Name

## Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the
previous page.

| | Total claim |
|---|---|

**4.3** | | **$6,000.00**

**Advocate Health Care**                     Last 4 digits of account number ___ ___ ___ ___
Nonpriority Creditor's Name
**2311 W. 22nd St., Ste. 300**              When was the debt incurred? _____
Number     Street
**Oak Brook, IL**                            As of the date you file, the claim is: Check all that apply.
_____
☐ Contingent
_____  ☐ Unliquidated
City           State   ZIP Code          ☐ Disputed

Who incurred the debt?   Check one.       Type of NONPRIORITY unsecured claim:
☐ Debtor 1 only                          ☐ Student loans
☐ Debtor 2 only                          ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                that you did not report as priority claims
☑ At least one of the debtors and another ☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Check if this claim is for a community debt ☑ Other. Specify
Is the claim subject to offset?            **Medical**
☑ No
☐ Yes

**4.4** | | **$700.00**

**Advocate Medicai Group**                   Last 4 digits of account number ___ ___ ___ ___
Nonpriority Creditor's Name
**701 Lee St.,**                             When was the debt incurred? _____
Number     Street
                                             As of the date you file, the claim is: Check all that apply.
_____  ☐ Contingent
_____  ☐ Unliquidated
**Des Plaines**          **IL**    **60016**  ☐ Disputed
City           State   ZIP Code
Who incurred the debt?   Check one.       Type of NONPRIORITY unsecured claim:
☑ Debtor 1 only                          ☐ Student loans
☐ Debtor 2 only                          ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                that you did not report as priority claims
☐ At least one of the debtors and another ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Check if this claim is for a community debt ☑ Other. Specify
Is the claim subject to offset?            **Medical**
☑ No
☐ Yes

**4.5** | | **$0.00**

**AFNI**                                     Last 4 digits of account number ___ ___ ___ ___
Nonpriority Creditor's Name
**PO Box 3517**                              When was the debt incurred? _____
Number     Street
                                             As of the date you file, the claim is: Check all that apply.
_____  ☐ Contingent
_____  ☐ Unliquidated
**Bloomington**          **IL**    **61702-3517**  ☐ Disputed
City           State   ZIP Code
Who incurred the debt?   Check one.       Type of NONPRIORITY unsecured claim:
☐ Debtor 1 only                          ☐ Student loans
☐ Debtor 2 only                          ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                that you did not report as priority claims
☐ At least one of the debtors and another ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Check if this claim is for a community debt ☑ Other. Specify
Is the claim subject to offset?            **Collecting for -**
☑ No
☐ Yes

Debtor 1    **Carol**          **J**          **Loveless**          Case number (if known) _____
First Name        Middle Name        Last Name

---

**Part 2:     Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
|---|---|

**4.6** | | **$0.00**

**Aim Psychological**
Nonpriority Creditor's Name
**6640 S. Cicero 4th flr**
Number      Street

_____

**Bedford Park**         **IL**      **60638**
City               State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Medical**

---

**4.7** | | **$1,233.06**

**AlliedInterstate**
Nonpriority Creditor's Name
**P.O. Box 361474**
Number      Street

_____

**Columbus**         **OH**      **43236-1474**
City               State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Collecting for -**

---

**4.8** | | **$23,166.90**

**ALW Sourcing, LLC**
Nonpriority Creditor's Name
**1804 Washington Blvd**
Number      Street

_____

**Baltimore**         **MD**      **21230**
City               State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Collecting for -NCO Portfolio Management**

---

| Debtor 1 | **Carol** | **J** | **Loveless** | Case number (if known) | _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

### Part 2:   Your NONPRIORITY Unsecured Claims -- Continuation Page

**After listing any entries on this page, number them sequentially from the previous page.**

| | **Total claim** |
|---|---|

**4.9**

| | $66.00 |
|---|---|

**AMCA**
Nonpriority Creditor's Name
**PO Box 1235**
Number     Street

_____

**Elmsford          NY    10523**
City                State   ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
   **Collecting for -**

---

**4.10**

| | $1,687.87 |
|---|---|

**American Express**
Nonpriority Creditor's Name
**PO Box 7871**
Number     Street

_____

**Ft. Lauderdale      FL    33329**
City                State   ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
   **Credit Card**

---

**4.11**

| | $2,000.00 |
|---|---|

**AMITA HEALTH**
Nonpriority Creditor's Name
**PO BOX 7001**
Number     Street

_____

**BOLINGBROOK      IL    60440**
City                State   ZIP Code

**Who incurred the debt?**   Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
   **Medical**

---

Debtor 1    **Carol**              **J**              **Loveless**              Case number (if known) _____
First Name        Middle Name        Last Name

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

### 4.12                                                                                                   $724.97

**ARS National Services**
Nonpriority Creditor's Name
**P.O box 463023**
Number        Street

_____

**Escondid**              **CA**    **92046-3023**
City                        State    ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Collecting for -**

### 4.13                                                                                                   $250.56

**Associated Recovery Systems**
Nonpriority Creditor's Name
**PO Box 469046**
Number        Street

_____

**Escondido**              **CA**    **92046**
City                        State    ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Collecting for -**

### 4.14                                                                                                   $646.99

**Bonded Collections Corp.**
Nonpriority Creditor's Name
**29 E. Madison St. Ste. 1650**
Number        Street

_____

**Chicago**              **IL**    **60601**
City                        State    ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Collecting For -**

Debtor 1    **Carol**                **J**                **Loveless**                Case number (if known) _____
            First Name            Middle Name            Last Name

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |

**4.15**

|  | **$994.00** |

**Cach LLC**
Nonpriority Creditor's Name
**370 17th St. , Ste. 5000**
Number        Street

_____

**Denver**                **CO**        **80202**
City                State    ZIP Code

**Who incurred the debt?**    Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify
   **Collecting for -**

**4.16**

|  | **$0.00** |

**Caine & Weiner**
Nonpriority Creditor's Name
**PO Box 5010**
Number        Street

_____

**Woodland Hills**        **CA**        **91365-5010**
City                State    ZIP Code

**Who incurred the debt?**    Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify
   **Collecting for -**

**4.17**

|  | **$1,125.91** |

**Capital Management Services, Inc.**
Nonpriority Creditor's Name
**726 Exchange St., Suite 700**
Number        Street

_____

**Buffalo**                **NY**        **14210**
City                State    ZIP Code

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify
   **Collecting for -**

Debtor 1    **Carol**          **J**              **Loveless**                    Case number (if known) _____
            First Name      Middle Name        Last Name

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.18**                                                                                          **$1,019.02**

**Capital Management Services, Inc.**
Nonpriority Creditor's Name
**726 Exchange St., Suite 700**
Number      Street
_____

**Buffalo**              **NY**   **14210**
City                    State   ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __
When was the debt incurred?  _____
As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Collecting for -**

---

**4.19**                                                                                          **$35.67**

**Cardiovascular Consultants**
Nonpriority Creditor's Name
**2850 W. 95th St.**
Number      Street
_____

**Evergreen Park**       **IL**   **60805-2701**
City                    State   ZIP Code

**Who incurred the debt?**   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __
When was the debt incurred?  _____
As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **medical**

---

**4.20**                                                                                          **$522.43**

**Cavalry Portfolio Servicing**
Nonpriority Creditor's Name
**PO Box 27288**
Number      Street
_____

**Tempe**              **AZ**   **85282**
City                    State   ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __
When was the debt incurred?  _____
As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Collecting for -**

Debtor 1   **Carol**          **J**              **Loveless**                    Case number (if known) _____
           First Name        Middle Name      Last Name

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |

**4.21**                                                                              **$140.00**

**Christ Medical Group**                         Last 4 digits of account number ___ ___ ___ ___
Nonpriority Creditor's Name
**701 Lee St.**                                   When was the debt incurred? _____
Number      Street
                                                  As of the date you file, the claim is: Check all that apply.
                                                  ☐ Contingent
                                                  ☐ Unliquidated
**Des Plaines**          **IL**    **60016**      ☐ Disputed
City                     State   ZIP Code
Who incurred the debt?   Check one.               Type of NONPRIORITY unsecured claim:
☐ Debtor 1 only                                   ☐ Student loans
☐ Debtor 2 only                                   ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                          that you did not report as priority claims
☐ At least one of the debtors and another         ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Check if this claim is for a community debt      ☑ Other. Specify
                                                      **Medical**
Is the claim subject to offset?
☑ No
☐ Yes

**4.22**                                                                              **$5.01**

**CMRE Financial Services, Inc.**                Last 4 digits of account number ___ ___ ___ ___
Nonpriority Creditor's Name
**3075 E. Imperial Hwy #200**                     When was the debt incurred? _____
Number      Street
                                                  As of the date you file, the claim is: Check all that apply.
                                                  ☐ Contingent
                                                  ☐ Unliquidated
**Brea**                 **CA**    **92821**      ☐ Disputed
City                     State   ZIP Code
Who incurred the debt?   Check one.               Type of NONPRIORITY unsecured claim:
☑ Debtor 1 only                                   ☐ Student loans
☐ Debtor 2 only                                   ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                          that you did not report as priority claims
☐ At least one of the debtors and another         ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Check if this claim is for a community debt      ☑ Other. Specify
                                                      **Collecting for -**
Is the claim subject to offset?
☑ No
☐ Yes

**4.23**                                                                              **$0.00**

**Coast 2 Coast Financial**                      Last 4 digits of account number ___ ___ ___ ___
Nonpriority Creditor's Name
**101 Hodencamp Rd., Ste. 120**                   When was the debt incurred? _____
Number      Street
                                                  As of the date you file, the claim is: Check all that apply.
                                                  ☐ Contingent
                                                  ☐ Unliquidated
**Thousand Oaks**        **CA**    **91360**      ☐ Disputed
City                     State   ZIP Code
Who incurred the debt?   Check one.               Type of NONPRIORITY unsecured claim:
☑ Debtor 1 only                                   ☐ Student loans
☐ Debtor 2 only                                   ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                          that you did not report as priority claims
☐ At least one of the debtors and another         ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Check if this claim is for a community debt      ☑ Other. Specify
                                                      **Collecting for -**
Is the claim subject to offset?
☑ No
☐ Yes

Debtor 1   **Carol**          **J**              **Loveless**                    Case number (if known) _____
           First Name      Middle Name        Last Name

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |

**4.24**                                                                                      **$0.00**

**Coast 2 Coast Financial**
Nonpriority Creditor's Name
**101 Hodencamp Rd., Ste. 120**
Number       Street

_____

**Thousand Oaks          CA     91360**
City                     State   ZIP Code

**Who incurred the debt?**   Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other.  Specify
   **Collecting for -**

---

**4.25**                                                                                      **$315.00**

**Coast to coast financial**
Nonpriority Creditor's Name
**PO BOX**
Number       Street

_____

**THOUSAND OAKS          CA     91360**
City                     State   ZIP Code

**Who incurred the debt?**   Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other.  Specify
   **Collecting for -**

---

**4.26**                                                                                      **$559.36**

**Col/Debt Collection Systems**
Nonpriority Creditor's Name
**8 S. Michigan Ave, #618**
Number       Street

_____

**Chicago                 IL     60603**
City                     State   ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other.  Specify
   **Collecting for -**

Debtor 1    **Carol**              **J**                **Loveless**                    Case number (if known) _____

      First Name        Middle Name        Last Name

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

<span style="float:right">**Total claim**</span>

---

### 4.27

**Col/Debt Collection Systems**
Nonpriority Creditor's Name
**8 S. Michigan Ave, #618**
Number       Street

_____

**Chicago**          **IL**      **60603**
City                State    ZIP Code

**Total claim** $691.81

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Collecting for -**

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

### 4.28

**Collection Professionals, Inc.**
Nonpriority Creditor's Name
**509 N. Laffayette**
Number       Street
**P.O. Box 401**

_____

**Macomb**          **IL**      **61455**
City                State    ZIP Code

$6,925.13

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Collecting for**

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

### 4.29

**Collection Professionals, Inc.**
Nonpriority Creditor's Name
**PO Box 841**
Number       Street

_____

**Joliet**          **IL**      **60434**
City                State    ZIP Code

$0.00

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Other**

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

| Debtor 1 | **Carol** | **J** | **Loveless** | | Case number (if known) | |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.30

**$400.00**

**Comcast**
Nonpriority Creditor's Name
**PO Box 3002**
Number      Street

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**Southeastern      PA      19398**
City                State   ZIP Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Other**

### 4.31

**$283.23**

**ComEd**
Nonpriority Creditor's Name
**PO Box 6111**
Number      Street

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**Carol Stream      IL      60197**
City                State   ZIP Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Utility**

### 4.32

**$383.00**

**Convergent Outsourcing**
Nonpriority Creditor's Name
**PO Box 9004**
Number      Street

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**Renton      WA      98057**
City                State   ZIP Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Collecting for -**

| Debtor 1 | **Carol** | **J** | **Loveless** | Case number (if known) |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 2:   Your NONPRIORITY Unsecured Claims -- Continuation Page

**After listing any entries on this page, number them sequentially from the previous page.**

**Total claim**

---

**4.33**

$800.00

**Cook County Health & Hospitals**
Nonpriority Creditor's Name
**PO Box 70121**
Number     Street

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Chicago**    **IL**    **60673-5698**
City    State    ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Medical**

---

**4.34**

$80.00

**Credit Collection Services**
Nonpriority Creditor's Name
**Two Wells Ave**
Number     Street

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Newton Center**    **MA**    **02459**
City    State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Collecting For -**

---

**4.35**

$116.00

**Dependon Collection Se**
Nonpriority Creditor's Name
**Attn.Bankruptcy**
Number     Street
**PO Box 4833**

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Oak Brook**    **IL**    **60523**
City    State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Other**

---

Debtor 1    **Carol**      **J**      **Loveless**      Case number (if known) _____
     First Name       Middle Name      Last Name

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
|---|---|

**4.36**

                                                           **$12,000.00**

**Dr. Laura Schultz, PSY.D**
Nonpriority Creditor's Name
**13 Fairlane rive**
Number     Street

**Joliet**        **IL**     **60435**
City           State     ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☒ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___
When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify
  **Medical**

---

**4.37**

                                                            **$21,000.00**

**FCI LENDER SERVICES,INC**
Nonpriority Creditor's Name
**PO BOX 27370**
Number     Street

**ANAHEIM**        **CA**     **92809**
City           State     ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___
When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify
  **Credit Card**

---

**4.38**

                                                            **$112.32**

**First National Collection Bureau, Inc.**
Nonpriority Creditor's Name
**610 Waltham Way**
Number     Street

**Sparks**        **NV**     **89434**
City           State     ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___
When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify
  **Collecting for -**

---

Debtor 1   **Carol**          **J**          **Loveless**          Case number (if known) _____
First Name          Middle Name          Last Name

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.39 | |
| | **$27,581.80** |

**First National Collection Bureau, Inc.**
Nonpriority Creditor's Name
**610 Waltham Way**
Number          Street

_____

**Sparks          NV     89434**
City          State   ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**  __ __ __ __
**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
  **Collecting for -**

| 4.40 | |
| | **$1,077.09** |

**Full Circle Services, Inc.**
Nonpriority Creditor's Name
**PO Box 3388**
Number          Street

_____

**Tulsa          OK     74101**
City          State   ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**  __ __ __ __
**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
  **Other**

| 4.41 | |
| | **$0.00** |

**General Revenue**
Nonpriority Creditor's Name
**11501 N Lake Dr**
Number          Street

_____

**Cincinnati          OH     45249**
City          State   ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**  __ __ __ __
**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
  **Collecting for -**

| Debtor 1 | **Carol** | **J** | **Loveless** | Case number (if known) _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

---

**Part 2:**    **Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.42**

**$17,900.82**

**Hilco Receivables**
Nonpriority Creditor's Name
**5 Revere Dr.**
Number      Street

_____

**Northbrook              IL     60062**
City                          State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Collecting for -**

---

**4.43**

**$596.00**

**ILLINOIS EMERGENCY MEDICINE**
Nonpriority Creditor's Name
**PO BOX 366**
Number      Street

_____

**HINSDALE              IL     60522**
City                          State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Medical**

---

**4.44**

**$0.00**

**International Medica Concepts**
Nonpriority Creditor's Name
**P.O.Box 250**
Number      Street

_____

**Levittown              NY     11756-0250**
City                          State    ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Collecting for -**

---

Debtor 1   **Carol**          **J**            **Loveless**                    Case number (if known) _____
          First Name      Middle Name      Last Name

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.45

**JOSEPH MANN &CREED**
Nonpriority Creditor's Name
**20600 Chagrin Blvd, Ste 550**
Number      Street

**Shaker Heiiights      OH    44122**
City                State   ZIP Code

**$81.60**

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Attorney Fees**

### 4.46

**Law Office of Joel Cardis. LLC**
Nonpriority Creditor's Name
**2838 De Kalb Pike**
Number      Street

**Norristown          PA     19401**
City                State   ZIP Code

**$0.00**

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Attorney for - Hirsch Funeral Homes**

### 4.47

**LAW OFFICE OF NEIL J. GREENE,LLC**
Nonpriority Creditor's Name
**250 PARKWAY DR, STE 160**
Number      Street

**LINCOLNSHIRE      IL    60069**
City                State   ZIP Code

**$2,881.50**

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Collecting for -**

---

Debtor 1     __Carol__          __J__          __Loveless__          Case number (if known) _____
             First Name        Middle Name    Last Name

**Part 2:**     **Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the previous page.                                      | **Total claim** |

| 4.48 |                                                                           **$4,129.44**

**Law Offices of Blatt,Hasenmiller,Leibske**
Nonpriority Creditor's Name
**125 S. Wacker Dr. Ste.400**
Number     Street
_____

**Chicago**              **IL**    **60606**
City                     State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __
When was the debt incurred?       _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Collecting for -**

| 4.49 |                                                                           **$786.99**

**Law Offices of Mitchell N. Kay, P.C.**
Nonpriority Creditor's Name
**PO Box 2374**
Number     Street
_____

**Chicago**              **IL**    **60690**
City                     State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __
When was the debt incurred?       _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Collecting for -**

| 4.50 |                                                                           **$0.00**

**Life Protect**
Nonpriority Creditor's Name
**3509 Virginia Beach Blvd**
Number     Street
_____

**Virginia Beach**       **VA**    **23452-4421**
City                     State    ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __
When was the debt incurred?       _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Collecting for -**

| Debtor 1 | **Carol** | **J** | **Loveless** | Case number (if known) |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 2:   Your NONPRIORITY Unsecured Claims -- Continuation Page

**After listing any entries on this page, number them sequentially from the previous page.**

**Total claim**

---

**4.51**                                                                                          **$0.00**

**Linebarger Goggan Blair & Sampson**
Nonpriority Creditor's Name
**233 S. Wacker Dr. Ste. 4030**
Number      Street

**Chicago                    IL      60606**
City                          State    ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___
When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Attorney for -**

---

**4.52**                                                                                          **$56.74**

**Little Company of Mary Hospital**
Nonpriority Creditor's Name
**2880 W. 87th St.**
Number      Street

**Chicago                    IL      60652-3831**
City                          State    ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___
When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**medical**

---

**4.53**                                                                                          **$20,013.34**

**LVNV Funding LLC**
Nonpriority Creditor's Name
**PO Box 740281**
Number      Street

**Houston                    TX      77274**
City                          State    ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___
When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Collecting for -**

---

| Debtor 1 | **Carol** | **J** | **Loveless** | Case number (if known) | _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

### Part 2:   Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
|---|---|

**4.54**                                                                                          **$596.00**

**Mages & Price**
Nonpriority Creditor's Name
**707 Lake Cook Rd., Ste. 314**
Number       Street
_____

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**Deerfield          IL      60015**
City                State   ZIP Code

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Collecting for -**

---

**4.55**                                                                                          **$500.00**

**Malcolm S. Gerald and Associates, Inc.**
Nonpriority Creditor's Name
**332 S. Michigan Ave, Suite 514**
Number       Street
_____

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**Chicago            IL      60604**
City                State   ZIP Code

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Collecting for -**

---

**4.56**                                                                                          **$5,084.20**

**Management Services Incorporated**
Nonpriority Creditor's Name
**P.O.Box 1099**
Number       Street
_____

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**Langhorne          PA      19047**
City                State   ZIP Code

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Collecting for -**

---

Debtor 1   **Carol**          **J**          **Loveless**                    Case number (if known) _____
          First Name      Middle Name      Last Name

**Part 2:   Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the previous page.                                          | **Total claim** |

| 4.57 |                                                                                          **$596.00**

**Merchants Credit Guide**                         Last 4 digits of account number  __ __ __ __
Nonpriority Creditor's Name
**223 W Jackson Blvd**                             When was the debt incurred?  _____
Number      Street
**Suite 900**                                      As of the date you file, the claim is: Check all that apply.
                                                   ☐ Contingent
                                                   ☐ Unliquidated
                                                   ☐ Disputed

**Chicago**          **IL**   **60606-6908**
City              State   ZIP Code               Type of NONPRIORITY unsecured claim:
Who incurred the debt?   Check one.               ☐ Student loans
☐ Debtor 1 only                                   ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 2 only                                        that you did not report as priority claims
☐ Debtor 1 and Debtor 2 only                      ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ At least one of the debtors and another         ☑ Other. Specify
☐ Check if this claim is for a community debt       **Medical**
Is the claim subject to offset?
☑ No
☐ Yes

| 4.58 |                                                                                          **$0.00**

**Municipal Collections of American**              Last 4 digits of account number  __ __ __ __
Nonpriority Creditor's Name
**3348 Ridge Rd**                                  When was the debt incurred?  _____
Number      Street
                                                   As of the date you file, the claim is: Check all that apply.
                                                   ☐ Contingent
                                                   ☐ Unliquidated
                                                   ☐ Disputed

**Lansing**          **IL**   **60438-3112**
City              State   ZIP Code               Type of NONPRIORITY unsecured claim:
Who incurred the debt?   Check one.               ☐ Student loans
☐ Debtor 1 only                                   ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 2 only                                        that you did not report as priority claims
☐ Debtor 1 and Debtor 2 only                      ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ At least one of the debtors and another         ☑ Other. Specify
☐ Check if this claim is for a community debt       **Collecting for -**
Is the claim subject to offset?
☑ No
☐ Yes

| 4.59 |                                                                                          **$17,900.82**

**NAFS**                                           Last 4 digits of account number  __ __ __ __
Nonpriority Creditor's Name
**P.O.Box 9027**                                   When was the debt incurred?  _____
Number      Street
                                                   As of the date you file, the claim is: Check all that apply.
                                                   ☐ Contingent
                                                   ☐ Unliquidated
                                                   ☐ Disputed

**Williamsville**          **NY**   **14231**
City              State   ZIP Code               Type of NONPRIORITY unsecured claim:
Who incurred the debt?   Check one.               ☐ Student loans
☐ Debtor 1 only                                   ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 2 only                                        that you did not report as priority claims
☐ Debtor 1 and Debtor 2 only                      ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ At least one of the debtors and another         ☑ Other. Specify
☐ Check if this claim is for a community debt       **Collecting for -**
Is the claim subject to offset?
☑ No
☐ Yes

| Debtor 1 | **Carol** | **J** | **Loveless** | Case number (if known) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 2:   Your NONPRIORITY Unsecured Claims -- Continuation Page

**After listing any entries on this page, number them sequentially from the previous page.**

**Total claim**

---

**4.60**

**NCO Financial**
Nonpriority Creditor's Name
**507 Prudential Road**
Number        Street

_____

**Horsham              PA      19044**
City                          State      ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Collecting for -**

**$224.65**

---

**4.61**

**NCO Financial Systems, Inc**
Nonpriority Creditor's Name
**PO Box 4924**
Number        Street

_____

**Trenton              NJ      08650**
City                          State      ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Collecting for -**

**$629.99**

---

**4.62**

**Nicor Gas**
Nonpriority Creditor's Name
**PO Box 2020**
Number        Street

_____

**Aurora              IL      60507-2020**
City                          State      ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Utility**

**$37.39**

---

Debtor 1    **Carol**      **J**      **Loveless**      Case number (if known) _____

First Name       Middle Name       Last Name

---

**Part 2:**    **Your NONPRIORITY Unsecured Claims -- Continuation Page**

---

After listing any entries on this page, number them sequentially from the previous page.      **Total claim**

**4.63**      **$1,150.90**

**Northland Group Inc.**
Nonpriority Creditor's Name
**PO Box 390846**
Number    Street

**Minneapolis**    **MN**    **55439-0846**
City      State    ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify
    **Collecting for -**

**4.64**      **$1,188.65**

**Northland Group Inc.**
Nonpriority Creditor's Name
**P.O.Box 390846**
Number    Street

**Edina**    **MN**    **55439**
City      State    ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify
    **Collecting for -**

**4.65**      **$156.00**

**PALOS MEDICAL GROUP**
Nonpriority Creditor's Name
**12251 S. 80TH AVE**
Number    Street

**PALOS HEIGHTS**    **IL**    **60463**
City      State    ZIP Code

**Who incurred the debt?**   Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify
    **Medical**

Debtor 1   **Carol**                    **J**                    **Loveless**                    Case number (if known) _____
        First Name          Middle Name          Last Name

---

**Part 2:**   **Your NONPRIORITY Unsecured Claims -- Continuation Page**

---

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |
|---|---|

**4.66**

**$28,000.00**

**Pinniacle Credit Services**
Nonpriority Creditor's Name

_____
Number      Street

_____

_____

_____
City                State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Credit Card**

---

**4.67**

**$544.30**

**Plaza Associates**
Nonpriority Creditor's Name
**370 7th Ave**
Number      Street

_____

**NY**                    **NY    10001**
City                State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Collecting for -  a credit card company**

---

**4.68**

**$725.00**

**Portfolio Recovery**
Nonpriority Creditor's Name
**120 Corporate Blvd., Ste. 1**
Number      Street

_____

**Norfolk**                **VA    23502**
City                State    ZIP Code

**Who incurred the debt?**  Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Collecting for -**

---

| Debtor 1 | **Carol** | **J** | **Loveless** | Case number (if known) | _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 2:   Your NONPRIORITY Unsecured Claims -- Continuation Page

**After listing any entries on this page, number them sequentially from the previous page.**

| | **Total claim** |
|---|---|

### 4.69

| | $50.88 |
|---|---|

**Pulmonary & Critical Car Cons**
Nonpriority Creditor's Name
**PO Box 379**
Number        Street

_____

| **Orland Park** | **IL** | **60462** |
|---|---|---|
| City | State | ZIP Code |

**Who incurred the debt?**  Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   __ __ __ __

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Medical**

### 4.70

| | $30.00 |
|---|---|

**Quest Diagnostics**
Nonpriority Creditor's Name
**PO Box 7304**
Number        Street

_____

| **Hollister** | **MO** | **65673-7304** |
|---|---|---|
| City | State | ZIP Code |

**Who incurred the debt?**  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   __ __ __ __

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **medical**

### 4.71

| | $50.00 |
|---|---|

**Radiology Imaging Consult**
Nonpriority Creditor's Name
**Dept. 77-9413**
Number        Street

_____

| **Chicago** | **IL** | **60678-9413** |
|---|---|---|
| City | State | ZIP Code |

**Who incurred the debt?**  Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   __ __ __ __

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **medical**

Debtor 1   **Carol**        **J**        **Loveless**        Case number (if known) _____
         First Name   Middle Name   Last Name

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.72**                                                                                    **$0.00**

**Readers Digest**                           Last 4 digits of account number  __ __ __ __
Nonpriority Creditor's Name
**PO Box 7823**                              When was the debt incurred?        _____
Number      Street
                                             As of the date you file, the claim is: Check all that apply.
                                             ☐ Contingent
                                             ☐ Unliquidated
                                             ☐ Disputed
**Red Oak**        **IA**   **51591-0823**
City          State   ZIP Code              **Type of NONPRIORITY unsecured claim:**
Who incurred the debt?   Check one.          ☐ Student loans
☑ Debtor 1 only                              ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 2 only                                 that you did not report as priority claims
☐ Debtor 1 and Debtor 2 only                 ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ At least one of the debtors and another    ☑ Other. Specify
☐ Check if this claim is for a community debt    **Other**
Is the claim subject to offset?
☑ No
☐ Yes

**4.73**                                                                                    **$214.00**

**REPUBLIC SERVICES #721**                   Last 4 digits of account number  __ __ __ __
Nonpriority Creditor's Name
**PO BOX 9001154**                           When was the debt incurred?        _____
Number      Street
                                             As of the date you file, the claim is: Check all that apply.
                                             ☐ Contingent
                                             ☐ Unliquidated
                                             ☐ Disputed
**LOUISVILLE**     **KY**   **40290**
City          State   ZIP Code              **Type of NONPRIORITY unsecured claim:**
Who incurred the debt?   Check one.          ☐ Student loans
☐ Debtor 1 only                              ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 2 only                                 that you did not report as priority claims
☐ Debtor 1 and Debtor 2 only                 ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ At least one of the debtors and another    ☑ Other. Specify
☐ Check if this claim is for a community debt    **Other**
Is the claim subject to offset?
☑ No
☐ Yes

**4.74**                                                                                    **$0.00**

**RMCB**                                     Last 4 digits of account number  __ __ __ __
Nonpriority Creditor's Name
**2269 South Saw Mill River Rd, Building 3** When was the debt incurred?        _____
Number      Street
                                             As of the date you file, the claim is: Check all that apply.
                                             ☐ Contingent
                                             ☐ Unliquidated
                                             ☐ Disputed
**Elmsford**       **NY**   **10523**
City          State   ZIP Code              **Type of NONPRIORITY unsecured claim:**
Who incurred the debt?   Check one.          ☐ Student loans
☑ Debtor 1 only                              ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 2 only                                 that you did not report as priority claims
☐ Debtor 1 and Debtor 2 only                 ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ At least one of the debtors and another    ☑ Other. Specify
☐ Check if this claim is for a community debt    **Collecting for -**
Is the claim subject to offset?
☑ No
☐ Yes

Debtor 1    **Carol**     **J**     **Loveless**     Case number (if known) _____
      First Name      Middle Name      Last Name

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

**After listing any entries on this page, number them sequentially from the previous page.**

**Total claim**

### 4.75

**Seas & Associates**
Nonpriority Creditor's Name
**PO Box 15174**
Number    Street

_____

**Little Rock**     **AR**    **72231**
City       State    ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Other**

**$0.00**

### 4.76

**State Collection Service**
Nonpriority Creditor's Name
**PO Box 6250**
Number    Street

_____

**Madison**     **WI**    **53701**
City       State    ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Collecting for -**

**$251.00**

### 4.77

**State Collection Service**
Nonpriority Creditor's Name
**PO Box 6250**
Number    Street

_____

**Madison**     **WI**    **53701**
City       State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Collecting for -**

**$136.35**

| Debtor 1 | **Carol** | **J** | **Loveless** | Case number (if known) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 2:   Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.78 | | $215.00 |
|---|---|---|

**State Collection Service**
Nonpriority Creditor's Name
PO Box 6250
Number      Street

Madison            WI      53701
City                State   ZIP Code

Who incurred the debt?   Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other.  Specify
  **Collecting for -**

| 4.79 | | $0.00 |
|---|---|---|

**The Billing Center**
Nonpriority Creditor's Name
P.O.Box 60001
Number      Street

Tampa             FL      33660-0001
City                State   ZIP Code

Who incurred the debt?   Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other.  Specify
  **Collecting for -**

| 4.80 | | $0.00 |
|---|---|---|

**The New York Times**
Nonpriority Creditor's Name
PO Box 371456
Number      Street

Pittsburgh         PA      15250
City                State   ZIP Code

Who incurred the debt?   Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other.  Specify
  **Other**

| Debtor 1 | **Carol** | **J** | **Loveless** | Case number (if known) | _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 2:  Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

<table>
<tr><td colspan="2" align="right">**Total claim**</td></tr>
</table>

### 4.81
$725.00

**United Recovery Systems, Inc.**
Nonpriority Creditor's Name
P.O.Box 722929
Number     Street

Houston          TX     77272-2929
City                 State    ZIP Code

**Who incurred the debt?**  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify
  **Collecting for -**

### 4.82
$0.00

**Village of Forest Park**
Nonpriority Creditor's Name
517 Des Plaines Ave
Number     Street

Forest Park       IL     60130
City                 State    ZIP Code

**Who incurred the debt?**  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify
  **Parking Tickets**

### 4.83
$24,257.13

**Vision Finacial Corp**
Nonpriority Creditor's Name
PO Box 900
Number     Street

Purchase         NY     10577-0900
City                 State    ZIP Code

**Who incurred the debt?**  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify
  **Collecting for -**

| Debtor 1 | **Carol** | **J** | **Loveless** | Case number (if known) |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 2:   Your NONPRIORITY Unsecured Claims -- Continuation Page

**After listing any entries on this page, number them sequentially from the previous page.**

| | **Total claim** |
|---|---|

| 4.84 | | $735.00 |

**WAKEFIELD & ASSOCIATES,INC**
Nonpriority Creditor's Name
**PO BOX 58**
Number        Street

_____

**FORT MORGAN        CO    80701**
City                        State    ZIP Code

**Who incurred the debt?**        Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Last 4 digits of account number**    __ __ __ __

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Other**

| Debtor 1 | **Carol** | **J** | **Loveless** | | Case number (if known) | _____ |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

---

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |
|---|---|

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional parties to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

**American Medical Collection Agency**
Name
**2269 South Saw Mill River Rd, Building 3**
Number        Street

_____

**Elmsford**                        **NY**        **10523**
City                                State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.70** of *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

---

| Debtor 1 | **Carol** | **J** | **Loveless** | | Case number (if known) | |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

---

| **Part 4:** | **Add the Amounts for Each Type of Unsecured Claim** |
|---|---|

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159. Add the amounts for each type of unsecured claim.**

|  |  |  | **Total claim** |
|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. $0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. $0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. $0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. **+** $3,850.00 |
| | 6e. | **Total.** Add lines 6a through 6d. | 6d. **$3,850.00** |

|  |  |  | **Total claim** |
|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. $0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. $0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. $0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. **+** $254,601.94 |
| | 6j. | **Total.** Add lines 6f through 6i. | 6j. **$254,601.94** |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Carol** | **J** | **Loveless** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**

Case number
(if known) _____

☐ Check if this is an
   amended filing

Official Form 106G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**

   ☑ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

   **Person or company with whom you have the contract or lease**          **State what the contract or lease is for**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Carol** | **J** | **Loveless** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**

Case number
(if known)

☐ Check if this is an
     amended filing

Official Form 106H

# Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?**    (If you are filing a joint case, do not list either spouse as a codebtor.)
   ☐ No
   ☑ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?**  *(Community property states and territories include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)*
   ☑ No. Go to line 3.
   ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?
         ☐ No
         ☐ Yes

3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.

   *Column 1:*  **Your codebtor**

   *Column 2:*  **The creditor to whom you owe the debt**

   Check all schedules that apply:

| 3.1 | **Spouse Name Not Entered** |
|---|---|
| | Name |

   ☐ Schedule D, line _____
   ☑ Schedule E/F, line  **4.3**
   ☐ Schedule G, line _____
   **Advocate Health Care**

   Number    Street

   City                State        ZIP Code

| 3.2 | **Spouse Name Not Entered** |
|---|---|
| | Name |

   ☐ Schedule D, line _____
   ☑ Schedule E/F, line  **4.36**
   ☐ Schedule G, line _____
   **Dr. Laura Schultz, PSY.D**

   Number    Street

   City                State        ZIP Code

| Debtor 1 | **Carol** | **J** | **Loveless** | Case number (if known) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page to List More Codebtors

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

**3.3** **Spouse Name Not Entered**
Name

Number      Street

City          State      ZIP Code

☑ Schedule D, line ___**2.1**___

☐ Schedule E/F, line _____

☐ Schedule G, line _____

**Lvdag Llc**

**3.4** **Spouse Name Not Entered**
Name

Number      Street

City          State      ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line ___**2.1**___

☐ Schedule G, line _____

**Robert J. Adams & Associates**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Carol** | **J** | **Loveless** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF ILLINOIS** | | |
| Case number (if known) | | | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

## Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:  Describe Employment

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☑ Not employed |
| **Occupation** | **Nurse** | **unemployed** |
| **Employer's name** | **Jackson Park Hopsital** | |
| **Employer's address** | **7531 S. Stony Island**<br>Number  Street | Number  Street |
| | **Chicago**     **IL**     **60649**<br>City          State   Zip Code | City          State   Zip Code |
| **How long employed there?** | | |

### Part 2:  Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | **$5,022.33** | **$0.00** |
| 3. | Estimate and list monthly overtime pay. | 3. + | **$0.00** | **$0.00** |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. | **$5,022.33** | **$0.00** |

Debtor 1  **Carol**           **J**              **Loveless**                                       Case number (if known) _____
        First Name          Middle Name        Last Name

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here ........................................ → | 4. | **$5,022.33** | **$0.00** |

**5.** List all payroll deductions:

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | **$1,122.33** | **$0.00** |
| 5b. | Mandatory contributions for retirement plans | 5b. | **$0.00** | **$0.00** |
| 5c. | Voluntary contributions for retirement plans | 5c. | **$0.00** | **$0.00** |
| 5d. | Required repayments of retirement fund loans | 5d. | **$0.00** | **$0.00** |
| 5e. | Insurance | 5e. | **$0.00** | **$0.00** |
| 5f. | Domestic support obligations | 5f. | **$0.00** | **$0.00** |
| 5g. | Union dues | 5g. | **$43.33** | **$0.00** |
| 5h. | Other deductions.<br>Specify: _____ | 5h. **+** | **$0.00** | **$0.00** |

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| **6.** | Add the payroll deductions.    Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h. | 6. | **$1,165.66** | **$0.00** |
| **7.** | Calculate total monthly take-home pay.    Subtract line 6 from line 4. | 7. | **$3,856.67** | **$0.00** |

**8.** List all other income regularly received:

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 8a. | Net income from rental property and from operating a business, profession, or farm | 8a. | **$0.00** | **$0.00** |
| | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | | | |
| 8b. | Interest and dividends | 8b. | **$0.00** | **$0.00** |
| 8c. | Family support payments that you, a non-filing spouse, or a dependent regularly receive | 8c. | **$0.00** | **$0.00** |
| | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | | | |
| 8d. | Unemployment compensation | 8d. | **$0.00** | **$0.00** |
| 8e. | Social Security | 8e. | **$0.00** | **$0.00** |
| 8f. | Other government assistance that you regularly receive | | | |
| | Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.<br>Specify: _____ | 8f. | **$0.00** | **$0.00** |
| 8g. | Pension or retirement income | 8g. | **$0.00** | **$0.00** |
| 8h. | Other monthly income.<br>Specify: _____ | 8h. **+** | **$0.00** | **$0.00** |

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| **9.** | Add all other income.  Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h. | 9. | **$0.00** | **$0.00** |

| | | | | | | |
|---|---|---|---|---|---|---|
| **10.** | Calculate monthly income.  Add line 7 + line 9.<br>Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | **$3,856.67** | **+** | **$0.00** | **=** **$3,856.67** |

**11.** State all other regular contributions to the expenses that you list in Schedule J.
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

Specify: _____  11. **+** **$0.00**

**12.** Add the amount in the last column of line 10 to the amount in line 11.  The result is the combined monthly income.  Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies.    12. **$3,856.67**

**Combined monthly income**

**13.** Do you expect an increase or decrease within the year after you file this form?

☑ No.    | None.
☐ Yes. Explain:

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Carol** | **J** | **Loveless** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**

Case number (if known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J

## Schedule J: Your Expenses
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:  Describe Your Household

**1.  Is this a joint case?**

☒ No. Go to line 2.

☐ Yes. **Does Debtor 2 live in a separate household?**
   ☐ No
   ☐ Yes. Debtor 2 must file Official Form 106J-2, Expenses for Separate Household of Debtor 2.

**2.  Do you have dependents?**

Do not list Debtor 1 and Debtor 2.

Do not state the dependents' names.

☒ No
☐ Yes. Fill out this information for each dependent...................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |

**3.  Do your expenses include expenses of people other than yourself and your dependents?**

☒ No
☐ Yes

### Part 2:  Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form 106I.)

**Your expenses**

**4.  The rental or home ownership expenses for your residence.**
Include first mortgage payments and any rent for the ground or lot.

4. _____ **$1,500.00**

If not included in line 4:

4a.  Real estate taxes

4a. _____

4b.  Property, homeowner's, or renter's insurance

4b. _____

4c.  Home maintenance, repair, and upkeep expenses

4c. _____

4d.  Homeowner's association or condominium dues

4d. _____

| Debtor 1 | **Carol** | **J** | **Loveless** | Case number (if known) | _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Your expenses**

| | | | |
|---|---|---|---|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. | _____ |
| 6. | **Utilities:** | | |
| | 6a. Electricity, heat, natural gas | 6a. | **$325.00** |
| | 6b. Water, sewer, garbage collection | 6b. | _____ |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | **$100.00** |
| | 6d. Other. Specify: _____ | 6d. | _____ |
| 7. | **Food and housekeeping supplies** | 7. | **$600.00** |
| 8. | **Childcare and children's education costs** | 8. | _____ |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | **$150.00** |
| 10. | **Personal care products and services** | 10. | **$51.00** |
| 11. | **Medical and dental expenses** | 11. | **$300.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | **$250.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | **$10.00** |
| 14. | **Charitable contributions and religious donations** | 14. | **$110.00** |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. | _____ |
| | 15b. Health insurance | 15b. | _____ |
| | 15c. Vehicle insurance | 15c. | **$110.00** |
| | 15d. Other insurance. Specify: _____ | 15d. | _____ |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. | _____ |
| 17. | **Installment or lease payments:** | | |
| | 17a. Car payments for Vehicle 1 | 17a. | _____ |
| | 17b. Car payments for Vehicle 2 | 17b. | _____ |
| | 17c. Other. Specify: **spouse's child support and mother's expe** | 17c. | **$200.00** |
| | 17d. Other. Specify: _____ | 17d. | _____ |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).** | 18. | _____ |
| 19. | **Other payments you make to support others who do not live with you.** Specify: _____ | 19. | _____ |

Debtor 1  **Carol**                    **J**                    **Loveless**                    Case number (if known) _____

First Name            Middle Name            Last Name

**20.  Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.**

| | | |
|---|---|---|
| 20a.  Mortgages on other property | 20a. | _____ |
| 20b.  Real estate taxes | 20b. | _____ |
| 20c.  Property, homeowner's, or renter's insurance | 20c. | _____ |
| 20d.  Maintenance, repair, and upkeep expenses | 20d. | _____ |
| 20e.  Homeowner's association or condominium dues | 20e. | _____ |

**21.  Other.**  Specify: _____   21. + _____

**22.  Calculate your monthly expenses.**

| | | |
|---|---|---|
| 22a.  Add lines 4 through 21. | 22a. | **$3,706.00** |
| 22b.  Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2. | 22b. | _____ |
| 22c.  Add line 22a and 22b.  The result is your monthly expenses. | 22c. | **$3,706.00** |

**23.  Calculate your monthly net income.**

| | | |
|---|---|---|
| 23a.  Copy line 12 (your combined monthly income) from Schedule I. | 23a. | **$3,856.67** |
| 23b.  Copy your monthly expenses from line 22c above. | 23b. − | **$3,706.00** |
| 23c.  Subtract your monthly expenses from your monthly income. The result is your monthly net income. | 23c. | **$150.67** |

**24.  Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes.  Explain here:
**None.**

**Fill in this information to identify your case:**

| Debtor 1 | Carol | J | Loveless |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.

### Part 1:    Summarize Your Assets

**Your assets**
Value of what you own

1. *Schedule A/B: Property* (Official Form 106A/B)

   1a. Copy line 55, Total real estate, from Schedule A/B............................................................ $82,000.00

   1b. Copy line 62, Total personal property, from Schedule A/B................................................. $2,165.00

   1c. Copy line 63, Total of all property on Schedule A/B......................................................... $84,165.00

### Part 2:    Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule D..... $140,000.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F.................................. $3,850.00

   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F............................. + $254,601.94

   **Your total liabilities** $398,451.94

### Part 3:    Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of Schedule I................................................. $3,856.67

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of Schedule J.................................................... $3,706.00

| Debtor 1 | **Carol** | **J** | **Loveless** | Case number (if known) _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Part 4:    Answer These Questions for Administrative and Statistical Records**

6.  **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐  No.  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.

☑  Yes

7.  **What kind of debt do you have?**

☑  **Your debts are primarily consumer debts.**  *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8).  Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☐  **Your debts are not primarily consumer debts.**  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.

8.  **From the *Statement of Your Current Monthly Income:*** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR,** Form 122B Line 11; **OR,** Form 122C-1 Line 14.

$2,305.83

9.  **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F:***

**Total claim**

**From Part 4 on *Schedule E/F,* copy the following:**

9a.  Domestic support obligations.  (Copy line 6a.)

$0.00

9b.  Taxes and certain other debts you owe the government.  (Copy line 6b.)

$0.00

9c.  Claims for death or personal injury while you were intoxicated.  (Copy line 6c.)

$0.00

9d.  Student loans.  (Copy line 6f.)

$0.00

9e.  Obligations arising out of a separation agreement or divorce that you did not report as priority claims.  (Copy line 6g.)

$0.00

9f.  Debts to pension or profit-sharing plans, and other similar debts.  (Copy line 6h.)

+   $0.00

9g.  **Total.**  Add lines 9a through 9f.

$0.00

**Fill in this information to identify your case:**

| Debtor 1 | Carol | J | Loveless |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 106Dec

## Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Carol J Loveless** _____   X _____

Carol J Loveless, Debtor 1                         Signature of Debtor 2

Date **09/22/2016** _____                          Date _____
MM / DD / YYYY                                          MM / DD / YYYY

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Carol** | **J** | **Loveless** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy 04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:     Give Details About Your Marital Status and Where You Lived Before**

1. **What is your current marital status?**
   ☑ Married
   ☐ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**
   ☑ No
   ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?**
   (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   ☑ No
   ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

| Debtor 1 | Carol | J | Loveless | Case number (if known) | _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 2:    Explain the Sources of Your Income

4.  **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions |
| **From January 1 of the current year until the date you filed for bankruptcy:** | ☑ Wages, commissions, bonuses, tips | **$12,000.00** | ☐ Wages, commissions, bonuses, tips | _____ |
| | ☐ Operating a business | | ☐ Operating a business | |
| **For the last calendar year:**<br><br>(January 1 to December 31, __2015__ )<br><span style="font-size:smaller">YYYY</span> | ☑ Wages, commissions, bonuses, tips | **$67,000.00** | ☐ Wages, commissions, bonuses, tips | _____ |
| | ☐ Operating a business | | ☐ Operating a business | |
| **For the calendar year before that:**<br><br>(January 1 to December 31, __2014__ )<br><span style="font-size:smaller">YYYY</span> | ☑ Wages, commissions, bonuses, tips | **$65,000.00** | ☐ Wages, commissions, bonuses, tips | _____ |
| | ☐ Operating a business | | ☐ Operating a business | |

5.  **Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of other income are alimony; child support; Social Security; unemployment; and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are in a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☑ No
☐ Yes. Fill in the details.

| Debtor 1 | **Carol** | **J** | **Loveless** | | Case number (if known) | |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

## Part 3:   List Certain Payments You Made Before You Filed for Bankruptcy

6.   **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐ No.   **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.**   *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?

☐ No.  Go to line 7.

☐ Yes.  List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you paid that creditor.  Do not include payments for domestic support obligations, such as child support and alimony.  Also, do not include payments to an attorney for this bankruptcy case.

\* Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

☑ Yes.   **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☑ No.  Go to line 7.

☐ Yes.  List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor.  Do not include payments for domestic support obligations, such as child support and alimony.  Also, do not include payments to an attorney for this bankruptcy case.

7.   **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor.  11 U.S.C. § 101.  Include payments for domestic support obligations such as child support and alimony.

☑ No
☐ Yes.  List all payments to an insider.

8.   **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**

Include payments on debts guaranteed or cosigned by an insider.

☑ No
☐ Yes.  List all payments that benefited an insider.

## Part 4:   Identify Legal Actions, Repossessions, and Foreclosures

9.   **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☑ No
☐ Yes.  Fill in the details.

| Debtor 1 | **Carol** | **J** | **Loveless** | Case number (if known) |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☒ No.  Go to line 11.
☐ Yes.  Fill in the information below.

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☒ No
☐ Yes. Fill in the details.

**12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☒ No
☐ Yes

| Part 5: | List Certain Gifts and Contributions |
|---|---|

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☒ No
☐ Yes.  Fill in the details for each gift.

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☒ No
☐ Yes. Fill in the details for each gift or contribution.

| Part 6: | List Certain Losses |
|---|---|

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☒ No
☐ Yes.  Fill in the details.

| Part 7: | List Certain Payments or Transfers |
|---|---|

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required for your bankruptcy.

☐ No
☒ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Robert J. Adams & Associates** | | | |
| Person Who Was Paid | | | |
| **901 W. Jackson, Suite 202** | | **09/12/2016** | |
| Number     Street | | | |
| | | | |
| **Chicago**          **IL**     **60607** | | | |
| City          State    ZIP Code | | | |
| | | | |
| Email or website address | | | |
| | | | |
| Person Who Made the Payment, if Not You | | | |

Official Form 107          **Statement of Financial Affairs for Individuals Filing for Bankruptcy**          page 4

| Debtor 1 | Carol | J | Loveless | Case number (if known) |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**17.** Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?

Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

**18.** Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?

Include both outright transfers and transfers made as security (such as granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☑ No
☐ Yes. Fill in the details.

**19.** Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary? (These are often called asset-protection devices.)

☑ No
☐ Yes. Fill in the details.

## Part 8: List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

**20.** Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No
☐ Yes. Fill in the details.

**21.** Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?

☑ No
☐ Yes. Fill in the details.

**22.** Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?

☑ No
☐ Yes. Fill in the details.

## Part 9: Identify Property You Hold or Control for Someone Else

**23.** Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.

☑ No
☐ Yes. Fill in the details.

| Debtor 1 | **Carol** | **J** | **Loveless** | Case number (if known) _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 10:   Give Details About Environmental Information

**For the purpose of Part 10, the following definitions apply:**

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar item.

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

   ☑ No
   ☐ Yes.  Fill in the details.

25. **Have you notified any governmental unit of any release of hazardous material?**

   ☑ No
   ☐ Yes.  Fill in the details.

26. **Have you been a party in any judicial or administrative proceeding under any environmental law?  Include settlements and orders.**

   ☑ No
   ☐ Yes.  Fill in the details.

## Part 11:   Give Details About Your Business or Connections to Any Business

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

   ☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
   ☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)
   ☐ A partner in a partnership
   ☐ An officer, director, or managing executive of a corporation
   ☐ An owner of at least 5% of the voting or equity securities of a corporation

   ☑ No.  None of the above applies.  Go to Part 12.
   ☐ Yes.  Check all that apply above and fill in the details below for each business.

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business?  Include all financial institutions, creditors, or other parties.**

   ☐ No
   ☐ Yes.  Fill in the details below.

| Debtor 1 | **Carol** | **J** | **Loveless** | Case number (if known) | _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 12:  Sign Below

**I have read the answers on this** *Statement of Financial Affairs* **and any attachments, and I declare under penalty of perjury that answers are true and correct.  I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

X **/s/ Carol J Loveless** _____

X _____

Carol J Loveless, Debtor 1

Signature of Debtor 2

Date   **09/22/2016** _____

Date  _____

**Did you attach additional pages to** *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* **(Official Form 107)?**

☒ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☒ No
☐ Yes.  Name of person _____    Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

**This notice is for you if:**

- **You are an individual filing for bankruptcy,** and

- **Your debts are primarily consumer debts.**
  *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

## The types of bankruptcy that are available to individuals

Individuals who meet the qualifications may file under one of four different chapters of the Bankruptcy Code:

- Chapter 7 -- Liqudation

- Chapter 11 -- Reorganization

- Chapter 12 -- Voluntary repayment plan for family farmers or fishermen

- Chapter 13 -- Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

## Chapter 7:  Liquidation

|   |      |                      |
|---|------|----------------------|
|   | $245 | filing fee           |
|   | $75  | administrative fee   |
| + | $15  | trustee surcharge    |
|   | $335 | total fee            |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors.  The primary purpose of filing under chapter 7 is to have your debts discharged.  The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge.  For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that the even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law.  Therefore, you may still be responsible to pay:

- most taxes;

- most student loans;

- domestic support and property settlement obligations;

- most fines, penalties, forfeitures, and criminal restitution obligations; and

- certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

- fraud or theft;

- fraud or defalcation while acting in breach of fiduciary capacity;

- intentional injuries that you inflicted; and

- death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A-1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A-2).

If your income is above the median for your state, you must file a second form--the *Chapter 7 Means Test Calculation* (Official Form 122A-2). The calculations on the form-- sometimes called the *Means Test*-- deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If your income is more than the median income

for your state of residence and family size, depending on the results of the *Means Test,* the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property.* Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

---

### Chapter 11:  Reorganization

|   |   |   |
|---|---:|---|
|  | $1,167 | filing fee |
| **+** | $550 | administrative fee |
|  | $1,717 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

## Read These Important Warnings

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Chapter 12:  Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
|---|------|-----------|
| + | $75  | administrative fee |
|   | $275 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

## Chapter 13:  Repayment plan for individuals with regular income

|   | $235 | filing fee |
|---|------|-----------|
| + | $75  | administrative fee |
|   | $310 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

- domestic support obligations,

- most student loans,

- certain taxes,

- debts for fraud or theft,

- debts for fraud or defalcation while acting in a fiduciary capacity,

- most criminal fines and restitution obligations,

- certain debts that are not listed in your bankruptcy papers,

- certain debts for acts that caused death or personal injury, and

- certain long-term secured debts.

---

## Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and local rules of the court.

For more information about the documents and their deadlines, go to:

http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

---

## Bankruptcy crimes have serious consequences

- If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury--either orally or in writing--in connection with a bankruptcy case, you may be fined, imprisoned, or both.

- All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

## Make sure the court has your mailing address

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together--called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

## Understand which services you could receive from credit counseling agencies

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days **before** you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from:

http://justice.gov/ust/eo/hapcpa/ccde/cc_approved.html.

In Alabama and North Carolina, go to:

http://www.uscourts.gov/FederalCourts/Bankruptcy/BankruptcyResources/ApprovedCreditAndDebtCounselors.aspx.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

---

B2030 (Form 2030) (12/15)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

In re  **Carol J Loveless**

Case No. _____

Chapter  **13** _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept................................................................. | **$3,850.00** |
| Prior to the filing of this statement I have received......................................................... | **$399.00** |
| Balance Due................................................................................................................... | **$3,451.00** |

2. The source of the compensation paid to me was:

☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

☑ Debtor          ☐ Other (specify)

4. ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **09/22/2016** | **/s/ Robert J. Adams & Associates** |
| *Date* | *Robert J. Adams & Associates*    Bar No.  0013056 |
| | Robert J. Adams & Associates |
| | 901 W. Jackson, Suite 202 |
| | Chicago, IL 60607 |
| | Phone: (312) 346-0100 / Fax: (312) 346-6228 |

---

**/s/ Carol J Loveless**

**Carol J Loveless**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

IN RE:  **Carol J Loveless**                                        CASE NO

                                                                    CHAPTER    **13**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date  9/22/2016 _____          Signature  _/s/ Carol J Loveless_____
                                                             **_Carol J Loveless_**


Date _____            Signature _____

Academy Collection Service, Inc.
10965 Decatur Road
Philadelphia, PA 19154-3210


ACL Laboratories
P.O BOX 27901
Wst Allis, WI 53227


Advocate Health Care
2311 W. 22nd St., Ste. 300
Oak Brook, IL


Advocate Medicai Group
701 Lee St.,
Des Plaines, IL 60016


AFNI
PO Box 3517
Bloomington, IL 61702-3517


Aim Psychological
6640 S. Cicero 4th flr
Bedford Park, IL 60638


AlliedInterstate
P.O. Box 361474
Columbus, OH 43236-1474


ALW Sourcing, LLC
1804 Washington Blvd
Baltimore, MD 21230


AMCA
PO Box 1235
Elmsford, NY 10523

American Express
PO Box 7871
Ft. Lauderdale, FL  33329


American Medical Collection Agency
2269 South Saw Mill River Rd, Building 3
Elmsford, NY 10523


AMITA HEALTH
PO BOX 7001
BOLINGBROOK, IL 60440


ARS National Services
P.O box 463023
Escondid,CA 92046-3023


Associated Recovery Systems
PO Box 469046
Escondido, CA 92046


Bonded Collections Corp.
29 E. Madison St. Ste. 1650
Chicago, IL 60601


Cach LLC
370 17th St. , Ste. 5000
Denver, CO  80202


Caine & Weiner
PO Box 5010
Woodland Hills, CA 91365-5010


Capital Management Services, Inc.
726 Exchange St., Suite 700
Buffalo, NY 14210

Cardiovascular Consultants
2850 W. 95th St.
Evergreen Park, IL 60805-2701


Cavalry Portfolio Servicing
PO Box 27288
Tempe, AZ 85282


Christ Medical Group
701 Lee St.
Des Plaines, IL   60016


CMRE Financial Services, Inc.
3075 E. Imperial Hwy #200
Brea, CA 92821


Coast 2 Coast Financial
101 Hodencamp Rd., Ste. 120
Thousand Oaks, CA 91360


Coast to coast financial
PO BOX
THOUSAND OAKS, CA 91360


Col/Debt Collection Systems
8 S. Michigan Ave, #618
Chicago, IL 60603


Collection Professionals, Inc.
509 N. Laffayette
P.O. Box 401
Macomb, IL 61455


Collection Professionals, Inc.
PO Box 841
Joliet, IL 60434

Comcast
PO Box 3002
Southeastern, PA 19398


ComEd
PO Box 6111
Carol Stream, IL 60197


Convergent Outsourcing
PO Box 9004
Renton, WA 98057


Cook County Health & Hospitals
PO Box 70121
Chicago, IL 60673-5698


Credit Collection Services
Two Wells Ave
Newton Center, MA 02459


Dependon Collection Se
Attn.Bankruptcy
PO Box 4833
Oak Brook, IL 60523


Dr. Laura Schultz, PSY.D
13 Fairlane rive
Joliet, IL 60435


FCI LENDER SERVICES,INC
PO BOX 27370
ANAHEIM, CA 92809


First National Collection Bureau, Inc.
610 Waltham Way
Sparks, NV 89434

Full Circle Services, Inc.
PO Box 3388
Tulsa, OK 74101


General Revenue
11501 N Lake Dr
Cincinnati, OH 45249


Hilco Receivables
5 Revere Dr.
Northbrook, IL 60062


ILLINOIS EMERGENCY MEDICINE
PO BOX 366
HINSDALE, IL 60522


International Medica Concepts
P.O.Box 250
Levittown, NY 11756-0250


JOSEPH MANN &CREED
20600 Chagrin Blvd, Ste 550
Shaker Heiiights, OH 44122


Law Office of Joel Cardis. LLC
2838 De Kalb Pike
Norristown, PA 19401


LAW OFFICE OF NEIL J. GREENE,LLC
250 PARKWAY DR, STE 160
LINCOLNSHIRE, IL 60069


Law Offices of Blatt,Hasenmiller,Leibske
125 S. Wacker Dr. Ste.400
Chicago, IL 60606

Law Offices of Mitchell N. Kay, P.C.
PO Box 2374
Chicago, IL 60690


Life Protect
3509 Virginia Beach Blvd
Virginia Beach, VA 23452-4421


Linebarger Goggan Blair & Sampson
233 S. Wacker Dr. Ste. 4030
Chicago, IL 60606


Little Company of Mary Hospital
2880 W. 87th St.
Chicago, IL 60652-3831


Lvdag Lic
c/o
Ira T. Nevel
175 N. Frianklin St
Ste 201

LVNV Funding LLC
PO Box 740281
Houston, TX 77274


Mages & Price
707 Lake Cook Rd., Ste. 314
Deerfield, IL 60015


Malcolm S. Gerald and Associates, Inc.
332 S. Michigan Ave, Suite 514
Chicago, IL 60604


Management Services Incorporated
P.O.Box 1099
Langhorne, PA 19047

Merchants Credit Guide
223 W Jackson Blvd
Suite 900
Chicago, IL 60606-6908


Municipal Collections of American
3348 Ridge Rd
Lansing, IL 60438-3112



NAFS
P.O.Box 9027
Williamsville, NY 14231



NCO Financial
507 Prudential Road
Horsham, PA 19044



NCO Financial Systems, Inc
PO Box 4924
Trenton, NJ 08650



Nicor Gas
PO Box 2020
Aurora, IL  60507-2020



Northland Group Inc.
PO Box 390846
Minneapolis, MN  55439-0846



Northland Group Inc.
P.O.Box 390846
Edina, MN 55439



PALOS MEDICAL GROUP
12251 S. 80TH AVE
PALOS HEIGHTS, IL 60463

Pinniacle Credit Services

Plaza Associates
370 7th Ave
NY, NY 10001

Portfolio Recovery
120 Corporate Blvd., Ste. 1
Norfolk, VA 23502

Pulmonary & Critical Car Cons
PO Box 379
Orland Park, Il 60462

Quest Diagnostics
PO Box 7304
Hollister, MO 65673-7304

Radiology Imaging Consult
Dept. 77-9413
Chicago, IL 60678-9413

Readers Digest
PO Box 7823
Red Oak, IA  51591-0823

REPUBLIC SERVICES #721
PO BOX 9001154
LOUISVILLE, KY 40290

RMCB
2269 South Saw Mill River Rd, Building 3
Elmsford, NY 10523

Robert J. Adams & Associates
901 W. Jackson, Suite 202
Chicago, IL 60607

Seas & Associates
PO Box 15174
Little Rock, AR 72231

State Collection Service
PO Box 6250
Madison, WI 53701

The Billing Center
P.O.Box 60001
Tampa, FL 33660-0001

The New York Times
PO Box 371456
Pittsburgh,PA 15250

United Recovery Systems, Inc.
P.O.Box 722929
Houston, TX 77272-2929

Village of Forest Park
517 Des Plaines Ave
Forest Park, IL 60130

Vision Finacial Corp
PO Box 900
Purchase, NY 10577-0900

WAKEFIELD & ASSOCIATES,INC
PO BOX 58
FORT MORGAN,CO 80701

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

IN RE:  **Carol J Loveless**                                                        CASE NO
            *Debtor*
                                                                                            CHAPTER   **13**
SOCIAL SECURITY NO.   **xxx-xx-6382**

## ORDER TO EMPLOYER TO PAY THE TRUSTEE

UPON REPRESENTATIONS OF THE TRUSTEE, OR OTHER INTERESTED PARTIES, THE COURT FINDS THAT:

The above named debtor has pending in this Court a case for adjustment of debts by an individual with regular income under the provisions of Chapter 13 of Title 11 U.S.C. and pursuant to the provisions of said statute and of the debtor's plan, the debtor has submitted all of such portion of the debtor's future earnings or other future income to the supervision and control of the trustee of this Court as may be necessary for the execution of the debtor's plan; and

That under the provisions of Title 11 U.S.C., this Court has exclusive jurisdiction of all property including the earnings from such services performed by the debtor during the pendency of this case pursuant to 11 U.S.C. § 1325(b) any entity from whom the debtor receives income shall pay all or any part of such income to the trustee as may be ordered by this Court.  A portion of the debtor's earnings are necessary for the execution of the debtor's plan.

NOW, THEREFORE, IT IS ORDERED that until further order of this Court or until notice that this case has been dismissed or converted to Chapter 7 of the Bankruptcy Code is received, the employer of said debtor

> **Jackson Park Hopsital**
> **7531 S. Stony Island**
> **Chicago, IL 60649**

shall deduct from the earnings of the debtor the sum of _____ *$69.24 bi-weekly* _____
beginning on the next payday following the receipt of this order and deduct a similar amount for each pay period thereafter, including any period for which the debtor receives periodic or lump sum payment for or on account of vacation, termination or other benefits arising out of present or past employment of the debtor.  Employer shall remit forthwith the sums so deducted to the trustee appointed here or his successor in interest as follows:

IT IS FURTHER ORDERED, that said employer notify said trustee if the employment of said debtor is terminated and the reason for such termination.

IT IS FURTHER ORDERED, that all earnings and wages of the debtor, except the amounts required to be withheld by the provisions of any laws of the United States, the laws of any state or political subdivision, or by an insurance pension or union dues agreement between employer and the debtor, or by the order of this Court be paid to the aforesaid debtor in accordance with employer's usual payroll procedure.

IT IS FURTHER ORDERED, that no deductions for account of any garnishment, wage assignment, credit union or other purpose not specifically authorized by this Court be made from the earnings of the debtor.

IT IS FURTHER ORDERED, that this order supersedes any and all previous orders, if any, made to the subject employer in this cause.

Date_____

_____
                                    **United States Bankruptcy Judge**

Academy Collection Service, Inc
10965 Decatur Road
Philadelphia, PA 19154-3210

American Medical Collection Age
2269 South Saw Mill River Rd, B
Elmsford, NY 10523

Christ Medical Group
701 Lee St.
Des Plaines, IL  60016

ACL Laboratories
P.O BOX 27901
Wst Allis, WI 53227

AMITA HEALTH
PO BOX 7001
BOLINGBROOK, IL 60440

CMRE Financial Services, Inc.
3075 E. Imperial Hwy #200
Brea, CA 92821

Advocate Health Care
2311 W. 22nd St., Ste. 300
Oak Brook, IL

ARS National Services
P.O box 463023
Escondid,CA 92046-3023

Coast 2 Coast Financial
101 Hodencamp Rd., Ste. 120
Thousand Oaks, CA 91360

Advocate Medicai Group
701 Lee St.,
Des Plaines, IL 60016

Associated Recovery Systems
PO Box 469046
Escondido, CA 92046

Coast to coast financial
PO BOX
THOUSAND OAKS, CA 91360

AFNI
PO Box 3517
Bloomington, IL 61702-3517

Bonded Collections Corp.
29 E. Madison St. Ste. 1650
Chicago, IL 60601

Col/Debt Collection Systems
8 S. Michigan Ave, #618
Chicago, IL 60603

Aim Psychological
6640 S. Cicero 4th flr
Bedford Park, IL 60638

Cach LLC
370 17th St. , Ste. 5000
Denver, CO  80202

Collection Professionals, Inc.
509 N. Laffayette
P.O. Box 401
Macomb, IL 61455

AlliedInterstate
P.O. Box 361474
Columbus, OH 43236-1474

Caine & Weiner
PO Box 5010
Woodland Hills, CA 91365-5010

Collection Professionals, Inc.
PO Box 841
Joliet, IL 60434

ALW Sourcing, LLC
1804 Washington Blvd
Baltimore, MD 21230

Capital Management Services, In
726 Exchange St., Suite 700
Buffalo, NY 14210

Comcast
PO Box 3002
Southeastern, PA 19398

AMCA
PO Box 1235
Elmsford, NY 10523

Cardiovascular Consultants
2850 W. 95th St.
Evergreen Park, IL 60805-2701

ComEd
PO Box 6111
Carol Stream, IL 60197

American Express
PO Box 7871
Ft. Lauderdale, FL  33329

Cavalry Portfolio Servicing
PO Box 27288
Tempe, AZ 85282

Convergent Outsourcing
PO Box 9004
Renton, WA 98057

Cook County Health & Hospitals
PO Box 70121
Chicago, IL 60673-5698

International Medica Concepts
P.O.Box 250
Levittown, NY 11756-0250

LVNV Funding LLC
PO Box 740281
Houston, TX 77274


Credit Collection Services
Two Wells Ave
Newton Center, MA 02459

JOSEPH MANN &CREED
20600 Chagrin Blvd, Ste 550
Shaker Heiiights, OH 44122

Mages & Price
707 Lake Cook Rd., Ste. 314
Deerfield, IL 60015


Dependon Collection Se
Attn.Bankruptcy
PO Box 4833
Oak Brook, IL 60523

Law Office of Joel Cardis. LLC
2838 De Kalb Pike
Norristown, PA 19401

Malcolm S. Gerald and Associate
332 S. Michigan Ave, Suite 514
Chicago, IL 60604


Dr. Laura Schultz, PSY.D
13 Fairlane rive
Joliet, IL 60435

LAW OFFICE OF NEIL J. GREENE,LL
250 PARKWAY DR, STE 160
LINCOLNSHIRE, IL 60069

Management Services Incorporate
P.O.Box 1099
Langhorne, PA 19047


FCI LENDER SERVICES,INC
PO BOX 27370
ANAHEIM, CA 92809

Law Offices of Blatt,Hasenmille
125 S. Wacker Dr. Ste.400
Chicago, IL 60606

Merchants Credit Guide
223 W Jackson Blvd
Suite 900
Chicago, IL 60606-6908


First National Collection Burea
610 Waltham Way
Sparks, NV 89434

Law Offices of Mitchell N. Kay,
PO Box 2374
Chicago, IL 60690

Municipal Collections of America
3348 Ridge Rd
Lansing, IL 60438-3112


Full Circle Services, Inc.
PO Box 3388
Tulsa, OK 74101

Life Protect
3509 Virginia Beach Blvd
Virginia Beach, VA 23452-4421

NAFS
P.O.Box 9027
Williamsville, NY 14231


General Revenue
11501 N Lake Dr
Cincinnati, OH 45249

Linebarger Goggan Blair & Samps
233 S. Wacker Dr. Ste. 4030
Chicago, IL 60606

NCO Financial
507 Prudential Road
Horsham, PA 19044


Hilco Receivables
5 Revere Dr.
Northbrook, IL 60062

Little Company of Mary Hospital
2880 W. 87th St.
Chicago, IL 60652-3831

NCO Financial Systems, Inc
PO Box 4924
Trenton, NJ 08650


ILLINOIS EMERGENCY MEDICINE
PO BOX 366
HINSDALE, IL 60522

Lvdag Lic
c/o
Ira T. Nevel
175 N. Friianklin St
Ste 201

Nicor Gas
PO Box 2020
Aurora, IL  60507-2020

Debtor(s): Carol J Loveless

Case No.
Chapter: 13

NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION (CHICAGO)

Northland Group Inc.
PO Box 390846
Minneapolis, MN  55439-0846

REPUBLIC SERVICES #721
PO BOX 9001154
LOUISVILLE, KY 40290

WAKEFIELD & ASSOCIATES,INC
PO BOX 58
FORT MORGAN,CO 80701

Northland Group Inc.
P.O.Box 390846
Edina, MN 55439

RMCB
2269 South Saw Mill River Rd, B
Elmsford, NY 10523

PALOS MEDICAL GROUP
12251 S. 80TH AVE
PALOS HEIGHTS, IL 60463

Robert J. Adams & Associates
901 W. Jackson, Suite 202
Chicago, IL 60607

Pinniacle Credit Services

Seas & Associates
PO Box 15174
Little Rock, AR 72231

Plaza Associates
370 7th Ave
NY, NY 10001

State Collection Service
PO Box 6250
Madison, WI 53701

Portfolio Recovery
120 Corporate Blvd., Ste. 1
Norfolk, VA 23502

The Billing Center
P.O.Box 60001
Tampa, FL 33660-0001

Pulmonary & Critical Car Cons
PO Box 379
Orland Park, Il 60462

The New York Times
PO Box 371456
Pittsburgh,PA 15250

Quest Diagnostics
PO Box 7304
Hollister, MO 65673-7304

United Recovery Systems, Inc.
P.O.Box 722929
Houston, TX 77272-2929

Radiology Imaging Consult
Dept. 77-9413
Chicago, IL 60678-9413

Village of Forest Park
517 Des Plaines Ave
Forest Park, IL 60130

Readers Digest
PO Box 7823
Red Oak, IA  51591-0823

Vision Finacial Corp
PO Box 900
Purchase, NY 10577-0900

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

IN RE:  **Carol J Loveless**                                CASE NO

                                                              CHAPTER   **13**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

**Exemption Totals by Category:**                        Scheme Selected: **State**
(Values and liens of surrendered property are NOT included in this section)

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|-----|----------|---------------------|--------------------|--------------|---------------------|-------------------------|
| 1. | Real property | $82,000.00 | $140,000.00 | $0.00 | $0.00 | $0.00 |
| 3. | Motor vehicles (cars, etc.) | $1,000.00 | $0.00 | $1,000.00 | $1,000.00 | $0.00 |
| 4. | Water/Aircraft, Motor Homes, Rec. veh. and access. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6. | Household goods and furnishings | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7. | Electronics | $300.00 | $0.00 | $300.00 | $0.00 | $300.00 |
| 8. | Collectibles of value | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9. | Equipment for sports and hobbies | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10. | Firearms | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11. | Clothes | $400.00 | $0.00 | $400.00 | $400.00 | $0.00 |
| 12. | Jewelry | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13. | Non-farm animals | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14. | Unlisted pers. and household items- incl. health aids | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16. | Cash | $5.00 | $0.00 | $5.00 | $0.00 | $5.00 |
| 17. | Deposits of money | $460.00 | $0.00 | $460.00 | $0.00 | $460.00 |
| 18. | Bonds, mutual funds or publicly traded stocks | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19. | Non-pub. traded stock and int. in businesses | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20. | Govt. and corp. bonds and other instruments | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21. | Retirement or pension accounts | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22. | Security deposits and prepayments | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23. | Annuities | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24. | Interests in an education IRA | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25. | Trusts, equit. or future int. (not in line 1) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26. | Patents, copyrights, and other intellectual prop. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27. | Licenses, franchises, other general intangibles | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28. | Tax refunds owed to you | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

IN RE:  **Carol J Loveless**                                        CASE NO

                                                                    CHAPTER   **13**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet # 1*

**Exemption Totals by Category:**

(Values and liens of surrendered property are NOT included in this section)                    Scheme Selected: **State**

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|-----|----------|---------------------:|-------------------:|-------------:|--------------------:|------------------------:|
| 29. | Family support | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30. | Other amounts someone owes you | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31. | Interests in insurance policies | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32. | Any int. in prop. due you from someone who has died | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33. | Claims vs. third parties, even if no demand | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 34. | Other contin. and unliq. claims of every nature | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 35. | Any financial assets you did not already list | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 38. | Accounts rec. or commissions you already earned | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 39. | Office equipment, furnishings, and supplies | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 40. | Mach., fixt., equip., bus. suppl., tools of trade | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 41. | Inventory | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 42. | Interests in partnerships or joint ventures | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 43. | Customer and mailing lists, or other compilations | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 44. | Any business-related property not already listed | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 47. | Farm animals | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 48. | Crops--either growing or harvested | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 49. | Farm/fishing equip., impl., mach., fixt., tools | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 50. | Farm and fishing supplies, chemicals, and feed | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 51. | Farm/commercial fishing-related prop. not listed | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 53. | Any other property of any kind not already listed | $0.00 | $0.00 | $0.00 | $19,000.00 | $0.00 |
| | **TOTALS:** | **$84,165.00** | **$140,000.00** | **$2,165.00** | **$20,400.00** | **$765.00** |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

IN RE:  **Carol J Loveless**                                    CASE NO

                                                               CHAPTER    **13**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet # 2*

**Surrendered Property:**

The following property is to be surrendered by the debtor.  Although this property is NOT exempt, it is NOT considered "non-exempt" for purposes of this analysis.  The below listed items are to be returned to the lienholder.

| Property Description | Market Value | Lien | Equity |
|---|---|---|---|
| **Real Property** | | | |
| (None) | | | |
| **Personal Property** | | | |
| (None) | | | |
| **TOTALS:** | $0.00 | $0.00 | $0.00 |

**Non-Exempt Property by Item:**

The following property, or a portion thereof, is non-exempt.

| Property Description | Market Value | Lien | Equity | Non-Exempt Amount |
|---|---|---|---|---|
| **Real Property** | | | | |
| (None) | | | | |
| **Personal Property** | | | | |
| 5 room house | $300.00 | | $300.00 | $300.00 |
| Cash | $5.00 | | $5.00 | $5.00 |
| Checking account | $60.00 | | $60.00 | $60.00 |
| Checking account with Marquett Bank | $400.00 | | $400.00 | $400.00 |
| **TOTALS:** | $765.00 | $0.00 | $765.00 | $765.00 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

IN RE:  **Carol J Loveless**                                    CASE NO

                                                               CHAPTER    **13**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet # 3*

| Summary | |
|---|---:|
| A. Gross Property Value (not including surrendered property) | **$84,165.00** |
| B. Gross Property Value of Surrendered Property | **$0.00** |
| C. Total Gross Property Value (A+B) | **$84,165.00** |
| D. Gross Amount of Encumbrances (not including surrendered property) | **$140,000.00** |
| E. Gross Amount of Encumbrances on Surrendered Property | **$0.00** |
| F. Total Gross Encumbrances (D+E) | **$140,000.00** |
| G. Total Equity (not including surrendered property)  /  (A-D) | **$2,165.00** |
| H. Total Equity in surrendered items  (B-E) | **$0.00** |
| I.  Total Equity  (C-F) | **$2,165.00** |
| J.  Total Exemptions Claimed | **$20,400.00** |
| K.  Total Non-Exempt Property Remaining  (G-J) | **$765.00** |

Academy Collection Service,
Inc.
10965 Decatur Road
Philadelphia, PA 19154-3210

American Medical Collection
Agency
2269 South Saw Mill River Rd,
Building 3
Elmsford, NY 10523

Christ Medical Group
701 Lee St.
Des Plaines, IL  60016

ACL Laboratories
P.O BOX 27901
Wst Allis, WI 53227

AMITA HEALTH
PO BOX 7001
BOLINGBROOK, IL 60440

CMRE Financial Services, Inc.
3075 E. Imperial Hwy #200
Brea, CA 92821

Advocate Health Care
2311 W. 22nd St., Ste. 300
Oak Brook, IL

ARS National Services
P.O box 463023
Escondid,CA 92046-3023

Coast 2 Coast Financial
101 Hodencamp Rd., Ste. 120
Thousand Oaks, CA 91360

Advocate Medicai Group
701 Lee St.,
Des Plaines, IL 60016

Associated Recovery Systems
PO Box 469046
Escondido, CA 92046

Coast to coast financial
PO BOX
THOUSAND OAKS, CA 91360

AFNI
PO Box 3517
Bloomington, IL 61702-3517

Bonded Collections Corp.
29 E. Madison St. Ste. 1650
Chicago, IL 60601

Col/Debt Collection Systems
8 S. Michigan Ave, #618
Chicago, IL 60603

Aim Psychological
6640 S. Cicero 4th flr
Bedford Park, IL 60638

Cach LLC
370 17th St. , Ste. 5000
Denver, CO  80202

Collection Professionals, Inc.
509 N. Laffayette
P.O. Box 401
Macomb, IL 61455

AlliedInterstate
P.O. Box 361474
Columbus, OH 43236-1474

Caine & Weiner
PO Box 5010
Woodland Hills, CA 91365-5010

Collection Professionals, Inc.
PO Box 841
Joliet, IL 60434

ALW Sourcing, LLC
1804 Washington Blvd
Baltimore, MD 21230

Capital Management Services,
Inc.
726 Exchange St., Suite 700
Buffalo, NY 14210

Comcast
PO Box 3002
Southeastern, PA 19398

AMCA
PO Box 1235
Elmsford, NY 10523

Cardiovascular Consultants
2850 W. 95th St.
Evergreen Park, IL 60805-2701

ComEd
PO Box 6111
Carol Stream, IL 60197

American Express
PO Box 7871
Ft. Lauderdale, FL  33329

Cavalry Portfolio Servicing
PO Box 27288
Tempe, AZ 85282

Convergent Outsourcing
PO Box 9004
Renton, WA 98057

Cook County Health & Hospitals
PO Box 70121
Chicago, IL 60673-5698

International Medica Concepts
P.O.Box 250
Levittown, NY 11756-0250

LVNV Funding LLC
PO Box 740281
Houston, TX 77274


Credit Collection Services
Two Wells Ave
Newton Center, MA 02459

JOSEPH MANN &CREED
20600 Chagrin Blvd, Ste 550
Shaker Heiiights, OH 44122

Mages & Price
707 Lake Cook Rd., Ste. 314
Deerfield, IL 60015


Dependon Collection Se
Attn.Bankruptcy
PO Box 4833
Oak Brook, IL 60523

Law Office of Joel Cardis. LLC
2838 De Kalb Pike
Norristown, PA 19401

Malcolm S. Gerald and
Associates, Inc.
332 S. Michigan Ave, Suite 514
Chicago, IL 60604


Dr. Laura Schultz, PSY.D
13 Fairlane rive
Joliet, IL 60435

LAW OFFICE OF NEIL J.
GREENE,LLC
250 PARKWAY DR, STE 160
LINCOLNSHIRE, IL 60069

Management Services
Incorporated
P.O.Box 1099
Langhorne, PA 19047


FCI LENDER SERVICES,INC
PO BOX 27370
ANAHEIM, CA 92809

Law Offices of
Blatt,Hasenmiller,Leibske
125 S. Wacker Dr. Ste.400
Chicago, IL 60606

Merchants Credit Guide
223 W Jackson Blvd
Suite 900
Chicago, IL 60606-6908


First National Collection
Bureau, Inc.
610 Waltham Way
Sparks, NV 89434

Law Offices of Mitchell N.
Kay, P.C.
PO Box 2374
Chicago, IL 60690

Municipal Collections of
American
3348 Ridge Rd
Lansing, IL 60438-3112


Full Circle Services, Inc.
PO Box 3388
Tulsa, OK 74101

Life Protect
3509 Virginia Beach Blvd
Virginia Beach, VA 23452-4421

NAFS
P.O.Box 9027
Williamsville, NY 14231


General Revenue
11501 N Lake Dr
Cincinnati, OH 45249

Linebarger Goggan Blair &
Sampson
233 S. Wacker Dr. Ste. 4030
Chicago, IL 60606

NCO Financial
507 Prudential Road
Horsham, PA 19044


Hilco Receivables
5 Revere Dr.
Northbrook, IL 60062

Little Company of Mary
Hospital
2880 W. 87th St.
Chicago, IL 60652-3831

NCO Financial Systems, Inc
PO Box 4924
Trenton, NJ 08650


ILLINOIS EMERGENCY MEDICINE
PO BOX 366
HINSDALE, IL 60522

Lvdag Lic
c/o
Ira T. Nevel
175 N. Friainkln St
Ste 201

Nicor Gas
PO Box 2020
Aurora, IL  60507-2020

Northland Group Inc.
PO Box 390846
Minneapolis, MN  55439-0846

REPUBLIC SERVICES #721
PO BOX 9001154
LOUISVILLE, KY 40290

WAKEFIELD & ASSOCIATES,INC
PO BOX 58
FORT MORGAN,CO 80701


Northland Group Inc.
P.O.Box 390846
Edina, MN 55439

RMCB
2269 South Saw Mill River Rd,
Building 3
Elmsford, NY 10523


PALOS MEDICAL GROUP
12251 S. 80TH AVE
PALOS HEIGHTS, IL 60463

Robert J. Adams & Associates
901 W. Jackson, Suite 202
Chicago, IL 60607


Pinniacle Credit Services

Seas & Associates
PO Box 15174
Little Rock, AR 72231


Plaza Associates
370 7th Ave
NY, NY 10001

State Collection Service
PO Box 6250
Madison, WI 53701


Portfolio Recovery
120 Corporate Blvd., Ste. 1
Norfolk, VA 23502

The Billing Center
P.O.Box 60001
Tampa, FL 33660-0001


Pulmonary & Critical Car Cons
PO Box 379
Orland Park, Il 60462

The New York Times
PO Box 371456
Pittsburgh,PA 15250


Quest Diagnostics
PO Box 7304
Hollister, MO 65673-7304

United Recovery Systems, Inc.
P.O.Box 722929
Houston, TX 77272-2929


Radiology Imaging Consult
Dept. 77-9413
Chicago, IL 60678-9413

Village of Forest Park
517 Des Plaines Ave
Forest Park, IL 60130


Readers Digest
PO Box 7823
Red Oak, IA  51591-0823

Vision Finacial Corp
PO Box 900
Purchase, NY 10577-0900

*Robert J. Adams & Associates, Bar No. 0013056*
*Robert J. Adams & Associates*
*901 W. Jackson, Suite 202*
*Chicago, IL 60607*
*(312) 346-0100*
*Attorney for the Petitioner*

# UNITED STATES BANKRUPTCY COURT FOR THE

*NORTHERN DISTRICT OF ILLINOIS*
*EASTERN DIVISION (CHICAGO)*

In re:                                        Case No.:
**Carol J Loveless** _____    SSN:  __xxx-xx-6382__
_____    SSN: _____

Debtor(s)                          **Numbered Listing of Creditors**

Address:
**4518 W. 89th St**                 Chapter:    **13**
**Hometown., IL 60456**

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 1.  Academy Collection Service, Inc.<br>10965 Decatur Road<br>Philadelphia, PA 19154-3210 | Unsecured Claim | $11,296.12 |
| 2.  ACL Laboratories<br>P.O BOX 27901<br>Wst Allis, WI 53227 | Unsecured Claim | $218.00 |
| 3.  Advocate Health Care<br>2311 W. 22nd St., Ste. 300<br>Oak Brook, IL | Unsecured Claim | $6,000.00 |
| 4.  Advocate Medicai Group<br>701 Lee St.,<br>Des Plaines, IL 60016 | Unsecured Claim | $700.00 |
| 5.  AFNI<br>PO Box 3517<br>Bloomington, IL 61702-3517 | Unsecured Claim | |
| 6.  Aim Psychological<br>6640 S. Cicero 4th flr<br>Bedford Park, IL 60638 | Unsecured Claim | |

in re:  **Carol J Loveless**

| | Debtor | Case No. (if known) |
|---|---|---|

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 7. AlliedInterstate<br>P.O. Box 361474<br>Columbus, OH 43236-1474 | Unsecured Claim | $1,233.06 |
| 8. ALW Sourcing, LLC<br>1804 Washington Blvd<br>Baltimore, MD 21230 | Unsecured Claim | $23,166.90 |
| 9. AMCA<br>PO Box 1235<br>Elmsford, NY 10523 | Unsecured Claim | $66.00 |
| 10. American Express<br>PO Box 7871<br>Ft. Lauderdale, FL  33329 | Unsecured Claim | $1,687.87 |
| 11. American Medical Collection Agency<br>2269 South Saw Mill River Rd, Building 3<br>Elmsford, NY 10523 | Unsecured Claim | $0.00 |
| 12. AMITA HEALTH<br>PO BOX 7001<br>BOLINGBROOK, IL 60440 | Unsecured Claim | $2,000.00 |
| 13. ARS National Services<br>P.O box 463023<br>Escondid,CA 92046-3023 | Unsecured Claim | $724.97 |
| 14. Associated Recovery Systems<br>PO Box 469046<br>Escondido, CA 92046 | Unsecured Claim | $250.56 |
| 15. Bonded Collections Corp.<br>29 E. Madison St. Ste. 1650<br>Chicago, IL 60601 | Unsecured Claim | $646.99 |

in re:  **Carol J Loveless**

|  | Debtor | Case No. (if known) |
|---|---|---|

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 16. Cach LLC<br>370 17th St. , Ste. 5000<br>Denver, CO  80202 | Unsecured Claim | $994.00 |
| 17. Caine & Weiner<br>PO Box 5010<br>Woodland Hills, CA 91365-5010 | Unsecured Claim |  |
| 18. Capital Management Services, Inc.<br>726 Exchange St., Suite 700<br>Buffalo, NY 14210 | Unsecured Claim | $1,125.91 |
| 19. Capital Management Services, Inc.<br>726 Exchange St., Suite 700<br>Buffalo, NY 14210 | Unsecured Claim | $1,019.02 |
| 20. Cardiovascular Consultants<br>2850 W. 95th St.<br>Evergreen Park, IL 60805-2701 | Unsecured Claim | $35.67 |
| 21. Cavalry Portfolio Servicing<br>PO Box 27288<br>Tempe, AZ 85282 | Unsecured Claim | $522.43 |
| 22. Christ Medical Group<br>701 Lee St.<br>Des Plaines, IL  60016 | Unsecured Claim | $140.00 |
| 23. CMRE Financial Services, Inc.<br>3075 E. Imperial Hwy #200<br>Brea, CA 92821 | Unsecured Claim | $5.01 |
| 24. Coast 2 Coast Financial<br>101 Hodencamp Rd., Ste. 120<br>Thousand Oaks, CA 91360 | Unsecured Claim |  |

in re:  **Carol J Loveless**

|  | Debtor | Case No. (if known) |
|---|---|---|

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 25. Coast 2 Coast Financial<br>101 Hodencamp Rd., Ste. 120<br>Thousand Oaks, CA 91360 | Unsecured Claim | |
| 26. Coast to coast financial<br>PO BOX<br>THOUSAND OAKS, CA 91360 | Unsecured Claim | $315.00 |
| 27. Col/Debt Collection Systems<br>8 S. Michigan Ave, #618<br>Chicago, IL 60603 | Unsecured Claim | $559.36 |
| 28. Col/Debt Collection Systems<br>8 S. Michigan Ave, #618<br>Chicago, IL 60603 | Unsecured Claim | $691.81 |
| 29. Collection Professionals, Inc.<br>509 N. Laffayette<br>P.O. Box 401<br>Macomb, IL 61455 | Unsecured Claim | $6,925.13 |
| 30. Collection Professionals, Inc.<br>PO Box 841<br>Joliet, IL 60434 | Unsecured Claim | |
| 31. Comcast<br>PO Box 3002<br>Southeastern, PA 19398 | Unsecured Claim | $400.00 |
| 32. ComEd<br>PO Box 6111<br>Carol Stream, IL 60197 | Unsecured Claim | $283.23 |
| 33. Convergent Outsourcing<br>PO Box 9004<br>Renton, WA 98057 | Unsecured Claim | $383.00 |

in re:  **Carol J Loveless**

Debtor

Case No. (if known)

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 34.  Cook County Health & Hospitals<br>PO Box 70121<br>Chicago, IL 60673-5698 | Unsecured Claim | $800.00 |
| 35.  Credit Collection Services<br>Two Wells Ave<br>Newton Center, MA 02459 | Unsecured Claim | $80.00 |
| 36.  Dependon Collection Se<br>Attn.Bankruptcy<br>PO Box 4833<br>Oak Brook, IL 60523 | Unsecured Claim | $116.00 |
| 37.  Dr. Laura Schultz, PSY.D<br>13 Fairlane rive<br>Joliet, IL 60435 | Unsecured Claim | $12,000.00 |
| 38.  FCI LENDER SERVICES,INC<br>PO BOX 27370<br>ANAHEIM, CA 92809 | Unsecured Claim | $21,000.00 |
| 39.  First National Collection Bureau, Inc.<br>610 Waltham Way<br>Sparks, NV 89434 | Unsecured Claim | $112.32 |
| 40.  First National Collection Bureau, Inc.<br>610 Waltham Way<br>Sparks, NV 89434 | Unsecured Claim | $27,581.80 |
| 41.  Full Circle Services, Inc.<br>PO Box 3388<br>Tulsa, OK 74101 | Unsecured Claim | $1,077.09 |
| 42.  General Revenue<br>11501 N Lake Dr<br>Cincinnati, OH 45249 | Unsecured Claim | |

in re:  **Carol J Loveless**

Debtor

Case No. (if known)

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 43. Hilco Receivables<br>5 Revere Dr.<br>Northbrook, IL 60062 | Unsecured Claim | $17,900.82 |
| 44. ILLINOIS EMERGENCY MEDICINE<br>PO BOX 366<br>HINSDALE, IL 60522 | Unsecured Claim | $596.00 |
| 45. International Medica Concepts<br>P.O.Box 250<br>Levittown, NY 11756-0250 | Unsecured Claim | |
| 46. JOSEPH MANN &CREED<br>20600 Chagrin Blvd, Ste 550<br>Shaker Heiiights, OH 44122 | Unsecured Claim | $81.60 |
| 47. Law Office of Joel Cardis. LLC<br>2838 De Kalb Pike<br>Norristown, PA 19401 | Unsecured Claim | |
| 48. LAW OFFICE OF NEIL J. GREENE,LLC<br>250 PARKWAY DR, STE 160<br>LINCOLNSHIRE, IL 60069 | Unsecured Claim | $2,881.50 |
| 49. Law Offices of Blatt,Hasenmiller,Leibske<br>125 S. Wacker Dr. Ste.400<br>Chicago, IL 60606 | Unsecured Claim | $4,129.44 |
| 50. Law Offices of Mitchell N. Kay, P.C.<br>PO Box 2374<br>Chicago, IL 60690 | Unsecured Claim | $786.99 |
| 51. Life Protect<br>3509 Virginia Beach Blvd<br>Virginia Beach, VA 23452-4421 | Unsecured Claim | |

in re:   **Carol J Loveless**

| | Debtor | Case No. (if known) |
|---|---|---|
| Creditor name and mailing address | Category of claim | Amount of claim |
| 52.  Linebarger Goggan Blair & Sampson<br>233 S. Wacker Dr. Ste. 4030<br>Chicago, IL 60606 | Unsecured Claim | |
| 53.  Little Company of Mary Hospital<br>2880 W. 87th St.<br>Chicago, IL 60652-3831 | Unsecured Claim | $56.74 |
| 54.  Lvdag Lic<br>c/o<br>Ira T. Nevel<br>175 N. Frianklin St<br>Ste 201 | Secured Claim | $140,000.00 |
| 55.  LVNV Funding LLC<br>PO Box 740281<br>Houston, TX 77274 | Unsecured Claim | $20,013.34 |
| 56.  Mages & Price<br>707 Lake Cook Rd., Ste. 314<br>Deerfield, IL 60015 | Unsecured Claim | $596.00 |
| 57.  Malcolm S. Gerald and Associates, Inc.<br>332 S. Michigan Ave, Suite 514<br>Chicago, IL 60604 | Unsecured Claim | $500.00 |
| 58.  Management Services Incorporated<br>P.O.Box 1099<br>Langhorne, PA 19047 | Unsecured Claim | $5,084.20 |
| 59.  Merchants Credit Guide<br>223 W Jackson Blvd<br>Suite 900<br>Chicago, IL 60606-6908 | Unsecured Claim | $596.00 |
| 60.  Municipal Collections of American<br>3348 Ridge Rd<br>Lansing, IL 60438-3112 | Unsecured Claim | |

in re:    **Carol J Loveless**

Debtor

Case No. (if known)

| Creditor name and mailing address | Category of claim | Amount of claim |
| --- | --- | --- |
| 61.  NAFS<br>P.O.Box 9027<br>Williamsville, NY 14231 | Unsecured Claim | $17,900.82 |
| 62.  NCO Financial<br>507 Prudential Road<br>Horsham, PA 19044 | Unsecured Claim | $224.65 |
| 63.  NCO Financial Systems, Inc<br>PO Box 4924<br>Trenton, NJ 08650 | Unsecured Claim | $629.99 |
| 64.  Nicor Gas<br>PO Box 2020<br>Aurora, IL  60507-2020 | Unsecured Claim | $37.39 |
| 65.  Northland Group Inc.<br>PO Box 390846<br>Minneapolis, MN  55439-0846 | Unsecured Claim | $1,150.90 |
| 66.  Northland Group Inc.<br>P.O.Box 390846<br>Edina, MN 55439 | Unsecured Claim | $1,188.65 |
| 67.  PALOS MEDICAL GROUP<br>12251 S. 80TH AVE<br>PALOS HEIGHTS, IL 60463 | Unsecured Claim | $156.00 |
| 68.  Pinniacle Credit Services | Unsecured Claim | $28,000.00 |
| 69.  Plaza Associates<br>370 7th Ave<br>NY, NY 10001 | Unsecured Claim | $544.30 |

in re:  **Carol J Loveless**

Debtor | Case No. (if known)

| Creditor name and mailing address | Category of claim | Amount of claim |
| --- | --- | --- |
| 70. Portfolio Recovery<br>120 Corporate Blvd., Ste. 1<br>Norfolk, VA 23502 | Unsecured Claim | $725.00 |
| 71. Pulmonary & Critical Car Cons<br>PO Box 379<br>Orland Park, Il 60462 | Unsecured Claim | $50.88 |
| 72. Quest Diagnostics<br>PO Box 7304<br>Hollister, MO 65673-7304 | Unsecured Claim | $30.00 |
| 73. Radiology Imaging Consult<br>Dept. 77-9413<br>Chicago, IL 60678-9413 | Unsecured Claim | $50.00 |
| 74. Readers Digest<br>PO Box 7823<br>Red Oak, IA  51591-0823 | Unsecured Claim | |
| 75. REPUBLIC SERVICES #721<br>PO BOX 9001154<br>LOUISVILLE, KY 40290 | Unsecured Claim | $214.00 |
| 76. RMCB<br>2269 South Saw Mill River Rd, Building 3<br>Elmsford, NY 10523 | Unsecured Claim | |
| 77. Robert J. Adams & Associates<br>901 W. Jackson, Suite 202<br>Chicago, IL 60607 | Priority Claim | $3,850.00 |
| 78. Seas & Associates<br>PO Box 15174<br>Little Rock, AR 72231 | Unsecured Claim | |

in re:  **Carol J Loveless**

Debtor | Case No. (if known)

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 79. State Collection Service<br>PO Box 6250<br>Madison, WI 53701 | Unsecured Claim | $251.00 |
| 80. State Collection Service<br>PO Box 6250<br>Madison, WI 53701 | Unsecured Claim | $136.35 |
| 81. State Collection Service<br>PO Box 6250<br>Madison, WI 53701 | Unsecured Claim | $215.00 |
| 82. The Billing Center<br>P.O.Box 60001<br>Tampa, FL 33660-0001 | Unsecured Claim | |
| 83. The New York Times<br>PO Box 371456<br>Pittsburgh,PA 15250 | Unsecured Claim | |
| 84. United Recovery Systems, Inc.<br>P.O.Box 722929<br>Houston, TX 77272-2929 | Unsecured Claim | $725.00 |
| 85. Village of Forest Park<br>517 Des Plaines Ave<br>Forest Park, IL 60130 | Unsecured Claim | |
| 86. Vision Finacial Corp<br>PO Box 900<br>Purchase, NY 10577-0900 | Unsecured Claim | $24,257.13 |
| 87. WAKEFIELD & ASSOCIATES,INC<br>PO BOX 58<br>FORT MORGAN,CO 80701 | Unsecured Claim | $735.00 |

in re:   **Carol J Loveless**

_____                    _____
                                    Debtor                                                    Case No. (if known)

(The penalty for making a false statement or concealing property is a fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. secs. 152 and 3571.)

## DECLARATION

I,  **Carol J Loveless**_____ ,

named as debtor in this case, declare under penalty of perjury that I have read the foregoing   *Numbered Listing of Creditors,*

consisting of  ___11___  sheets (including this declaration), and that it is true and correct to the best of my information and belief.

Debtor:  **/s/ Carol J Loveless**_____   Date: 9/22/2016_____
              **Carol J Loveless**

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

IN RE:    **Carol J Loveless**

CASE NO.

CHAPTER    **13**

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on September 22, 2016, a copy of the attached Chapter 13 Plan, with any attachments, was served on each party in interest listed below, by placing each copy in an envelope properly addressed, postage fully prepaid in compliance with Local Rules.

Date:    **9/22/2016**                          /s/ **Robert J. Adams & Associates**
                                          **Robert J. Adams & Associates**
                                          Attorney for the Debtor(s)

| | | |
|---|---|---|
| Academy Collection Service, Inc.<br>10965 Decatur Road<br>Philadelphia, PA 19154-3210 | Aim Psychological<br>6640 S. Cicero 4th flr<br>Bedford Park, IL 60638 | American Medical Collection Agency<br>2269 South Saw Mill River Rd, Building 3<br>Elmsford, NY 10523 |
| ACL Laboratories<br>P.O BOX 27901<br>Wst Allis, WI 53227 | AlliedInterstate<br>P.O. Box 361474<br>Columbus, OH 43236-1474 | AMITA HEALTH<br>PO BOX 7001<br>BOLINGBROOK, IL 60440 |
| Advocate Health Care<br>2311 W. 22nd St., Ste. 300<br>Oak Brook, IL | ALW Sourcing, LLC<br>1804 Washington Blvd<br>Baltimore, MD 21230 | ARS National Services<br>P.O box 463023<br>Escondid,CA 92046-3023 |
| Advocate Medicai Group<br>701 Lee St.,<br>Des Plaines, IL 60016 | AMCA<br>PO Box 1235<br>Elmsford, NY 10523 | Associated Recovery Systems<br>PO Box 469046<br>Escondido, CA 92046 |
| AFNI<br>PO Box 3517<br>Bloomington, IL 61702-3517 | American Express<br>PO Box 7871<br>Ft. Lauderdale, FL  33329 | Bonded Collections Corp.<br>29 E. Madison St. Ste. 1650<br>Chicago, IL 60601 |

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION (CHICAGO)**

IN RE:   **Carol J Loveless**

CASE NO.

CHAPTER   **13**

## CERTIFICATE OF SERVICE

(Continuation Sheet #1)

| | | |
|---|---|---|
| Cach LLC<br>370 17th St. , Ste. 5000<br>Denver, CO  80202 | CMRE Financial Services, Inc.<br>3075 E. Imperial Hwy #200<br>Brea, CA 92821 | ComEd<br>PO Box 6111<br>Carol Stream, IL 60197 |
| Caine & Weiner<br>PO Box 5010<br>Woodland Hills, CA 91365-5010 | Coast 2 Coast Financial<br>101 Hodencamp Rd., Ste. 120<br>Thousand Oaks, CA 91360 | Convergent Outsourcing<br>PO Box 9004<br>Renton, WA 98057 |
| Capital Management Services, Inc.<br>726 Exchange St., Suite 700<br>Buffalo, NY 14210 | Coast to coast financial<br>PO BOX<br>THOUSAND OAKS, CA 91360 | Cook County Health & Hospitals<br>PO Box 70121<br>Chicago, IL 60673-5698 |
| Cardiovascular Consultants<br>2850 W. 95th St.<br>Evergreen Park, IL 60805-2701 | Col/Debt Collection Systems<br>8 S. Michigan Ave, #618<br>Chicago, IL 60603 | Credit Collection Services<br>Two Wells Ave<br>Newton Center, MA 02459 |
| Carol J Loveless<br>4518 W. 89th St<br>Hometown, IL 60456 | Collection Professionals, Inc.<br>509 N. Laffayette<br>P.O. Box 401<br>Macomb, IL 61455 | Dependon Collection Se<br>Attn.Bankruptcy<br>PO Box 4833<br>Oak Brook, IL 60523 |
| Cavalry Portfolio Servicing<br>PO Box 27288<br>Tempe, AZ 85282 | Collection Professionals, Inc.<br>PO Box 841<br>Joliet, IL 60434 | Dr. Laura Schultz, PSY.D<br>13 Fairlane rive<br>Joliet, IL 60435 |
| Christ Medical Group<br>701 Lee St.<br>Des Plaines, IL  60016 | Comcast<br>PO Box 3002<br>Southeastern, PA 19398 | FCI LENDER SERVICES,INC<br>PO BOX 27370<br>ANAHEIM, CA 92809 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

IN RE:   **Carol J Loveless**

CASE NO.

CHAPTER   **13**

## CERTIFICATE OF SERVICE

(Continuation Sheet #2)

| | | |
|---|---|---|
| First National Collection Bureau, Inc.<br>610 Waltham Way<br>Sparks, NV 89434 | Law Office of Joel Cardis. LLC<br>2838 De Kalb Pike<br>Norristown, PA 19401 | Lvdag Lic<br>c/o<br>Ira T. Nevel<br>175 N. Frianklin St<br>Ste 201 |
| Full Circle Services, Inc.<br>PO Box 3388<br>Tulsa, OK 74101 | LAW OFFICE OF NEIL J.<br>GREENE,LLC<br>250 PARKWAY DR, STE 160<br>LINCOLNSHIRE, IL 60069 | LVNV Funding LLC<br>PO Box 740281<br>Houston, TX 77274 |
| General Revenue<br>11501 N Lake Dr<br>Cincinnati, OH 45249 | Law Offices of<br>Blatt,Hasenmiller,Leibske<br>125 S. Wacker Dr. Ste.400<br>Chicago, IL 60606 | Mages & Price<br>707 Lake Cook Rd., Ste. 314<br>Deerfield, IL 60015 |
| Hilco Receivables<br>5 Revere Dr.<br>Northbrook, IL 60062 | Law Offices of Mitchell N. Kay, P.C.<br>PO Box 2374<br>Chicago, IL 60690 | Malcolm S. Gerald and Associates, Inc.<br>332 S. Michigan Ave, Suite 514<br>Chicago, IL 60604 |
| ILLINOIS EMERGENCY MEDICINE<br>PO BOX 366<br>HINSDALE, IL 60522 | Life Protect<br>3509 Virginia Beach Blvd<br>Virginia Beach, VA 23452-4421 | Management Services Incorporated<br>P.O.Box 1099<br>Langhorne, PA 19047 |
| International Medica Concepts<br>P.O.Box 250<br>Levittown, NY 11756-0250 | Linebarger Goggan Blair & Sampson<br>233 S. Wacker Dr. Ste. 4030<br>Chicago, IL 60606 | Merchants Credit Guide<br>223 W Jackson Blvd<br>Suite 900<br>Chicago, IL 60606-6908 |
| JOSEPH MANN &CREED<br>20600 Chagrin Blvd, Ste 550<br>Shaker Heiiights, OH 44122 | Little Company of Mary Hospital<br>2880 W. 87th St.<br>Chicago, IL 60652-3831 | Municipal Collections of American<br>3348 Ridge Rd<br>Lansing, IL 60438-3112 |

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

IN RE:   **Carol J Loveless**

CASE NO.

CHAPTER   **13**

## CERTIFICATE OF SERVICE

(Continuation Sheet #3)

| | | |
|---|---|---|
| NAFS<br>P.O.Box 9027<br>Williamsville, NY 14231 | Pinnacle Credit Services | REPUBLIC SERVICES #721<br>PO BOX 9001154<br>LOUISVILLE, KY 40290 |
| NCO Financial<br>507 Prudential Road<br>Horsham, PA 19044 | Plaza Associates<br>370 7th Ave<br>NY, NY 10001 | RMCB<br>2269 South Saw Mill River Rd, Building 3<br>Elmsford, NY 10523 |
| NCO Financial Systems, Inc<br>PO Box 4924<br>Trenton, NJ 08650 | Portfolio Recovery<br>120 Corporate Blvd., Ste. 1<br>Norfolk, VA 23502 | Seas & Associates<br>PO Box 15174<br>Little Rock, AR 72231 |
| Nicor Gas<br>PO Box 2020<br>Aurora, IL  60507-2020 | Pulmonary & Critical Car Cons<br>PO Box 379<br>Orland Park, Il 60462 | State Collection Service<br>PO Box 6250<br>Madison, WI 53701 |
| Northland Group Inc.<br>PO Box 390846<br>Minneapolis, MN  55439-0846 | Quest Diagnostics<br>PO Box 7304<br>Hollister, MO 65673-7304 | The Billing Center<br>P.O.Box 60001<br>Tampa, FL 33660-0001 |
| Northland Group Inc.<br>P.O.Box 390846<br>Edina, MN 55439 | Radiology Imaging Consult<br>Dept. 77-9413<br>Chicago, IL 60678-9413 | The New York Times<br>PO Box 371456<br>Pittsburgh,PA 15250 |
| PALOS MEDICAL GROUP<br>12251 S. 80TH AVE<br>PALOS HEIGHTS, IL 60463 | Readers Digest<br>PO Box 7823<br>Red Oak, IA  51591-0823 | United Recovery Systems, Inc.<br>P.O.Box 722929<br>Houston, TX 77272-2929 |

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION (CHICAGO)**

IN RE:   **Carol J Loveless**

CASE NO.

CHAPTER   **13**

**CERTIFICATE OF SERVICE**

(Continuation Sheet #4)

Village of Forest Park
517 Des Plaines Ave
Forest Park, IL 60130

Vision Finacial Corp
PO Box 900
Purchase, NY 10577-0900

WAKEFIELD & ASSOCIATES,INC
PO BOX 58
FORT MORGAN,CO 80701