# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>  Carol J Loveless<br><br>  Debtor(s) | Case No. 16 B 30201 |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/22/2016.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was Converted on 01/17/2017.

6) Number of months from filing to last payment: 3.

7) Number of months case was pending: 9.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**


**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $553.92 |
| Less amount refunded to debtor | $534.42 |

**NET RECEIPTS:** $19.50

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $19.50 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $19.50

Attorney fees paid and disclosed by debtor:    $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Academy Collection Service | Unsecured | 11,296.12 | NA | NA | 0.00 | 0.00 |
| Academy Collection Service, Inc. | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ACL Laboratories | Unsecured | 218.00 | NA | NA | 0.00 | 0.00 |
| Advocate Health Care | Unsecured | 6,000.00 | NA | NA | 0.00 | 0.00 |
| Advocate Medicai Group | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| AFNI | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Aim Psychological | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Allied Interstate | Unsecured | 1,233.06 | NA | NA | 0.00 | 0.00 |
| ALW Sourcing, LLC | Unsecured | 23,166.90 | NA | NA | 0.00 | 0.00 |
| AMCA | Unsecured | 66.00 | NA | NA | 0.00 | 0.00 |
| American Express | Unsecured | 1,687.87 | NA | NA | 0.00 | 0.00 |
| AMITA HEALTH | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| ARS National Services | Unsecured | 724.97 | NA | NA | 0.00 | 0.00 |
| Associated Recovery Systems | Unsecured | 250.56 | NA | NA | 0.00 | 0.00 |
| Bonded Collections Corp. | Unsecured | 646.99 | NA | NA | 0.00 | 0.00 |
| CACH LLC | Unsecured | 994.00 | NA | NA | 0.00 | 0.00 |
| Caine & Weiner | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Capital Management Services, Inc. | Unsecured | 1,125.91 | NA | NA | 0.00 | 0.00 |
| Capital Management Services, Inc. | Unsecured | 1,019.02 | NA | NA | 0.00 | 0.00 |
| Cardiovascular Consultants | Unsecured | 35.67 | NA | NA | 0.00 | 0.00 |
| Cavalry Portfolio Servicing | Unsecured | 522.43 | NA | NA | 0.00 | 0.00 |
| Christ Medical Group | Unsecured | 140.00 | NA | NA | 0.00 | 0.00 |
| CMRE Financial Services, Inc. | Unsecured | 5.01 | NA | NA | 0.00 | 0.00 |
| Coast 2 Coast Financial | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Coast to coast financial | Unsecured | 315.00 | NA | NA | 0.00 | 0.00 |
| Col/Debt Collection Systems | Unsecured | 1,251.17 | NA | NA | 0.00 | 0.00 |
| Collection Professionals, Inc. | Unsecured | 6,925.13 | NA | NA | 0.00 | 0.00 |
| Collection Professionals, Inc. | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Comcast | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| Comed | Unsecured | 283.23 | NA | NA | 0.00 | 0.00 |
| convergent Outsourcing | Unsecured | 383.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Cook County Health & Hospitals | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| Credit Collection Services | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |
| Dependon Collection Se | Unsecured | 116.00 | NA | NA | 0.00 | 0.00 |
| Dr. Laura Schultz, PSY.D | Unsecured | 12,000.00 | NA | NA | 0.00 | 0.00 |
| FCI Lender Services Inc | Unsecured | 21,000.00 | NA | NA | 0.00 | 0.00 |
| FCI Lender Services Inc | Unsecured | 140,000.00 | 151,332.36 | 151,332.36 | 0.00 | 0.00 |
| First National Collection Bureau, Inc. | Unsecured | 27,694.12 | NA | NA | 0.00 | 0.00 |
| Full Circle Services, Inc. | Unsecured | 1,077.09 | NA | NA | 0.00 | 0.00 |
| General Revenue | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Hilco Receivables | Unsecured | 17,900.82 | NA | NA | 0.00 | 0.00 |
| Illinois Emergency Medicine | Unsecured | 596.00 | NA | NA | 0.00 | 0.00 |
| Internal Revenue Service | Priority | 4,413.59 | 3,898.17 | 3,898.17 | 0.00 | 0.00 |
| Internal Revenue Service | Unsecured | 0.00 | 1,159.99 | 1,159.99 | 0.00 | 0.00 |
| International Medica Concepts | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| JOSEPH MANN &CREED | Unsecured | 81.60 | NA | NA | 0.00 | 0.00 |
| Law Office of Joel Cardis. LLC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| LAW OFFICE OF NEIL J. GREENE,LLC | Unsecured | 2,881.50 | NA | NA | 0.00 | 0.00 |
| Law Offices of Blatt,Hasenmiller,Leibske | Unsecured | 4,129.44 | NA | NA | 0.00 | 0.00 |
| Law Offices of Mitchell N. Kay, P.C. | Unsecured | 786.99 | NA | NA | 0.00 | 0.00 |
| Life Protect | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Linebarger Goggan Blair & Sampson | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Little Company of Mary Hospital | Unsecured | 56.74 | NA | NA | 0.00 | 0.00 |
| LVNV Funding LLC | Unsecured | 20,013.34 | NA | NA | 0.00 | 0.00 |
| Mages & Price | Unsecured | 596.00 | NA | NA | 0.00 | 0.00 |
| Malcolm S. Gerald and Associates, Inc. | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Management Services Incorporated | Unsecured | 5,084.20 | NA | NA | 0.00 | 0.00 |
| Merchants Credit Guide | Unsecured | 596.00 | NA | NA | 0.00 | 0.00 |
| Municipal Collections of American | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NAFS | Unsecured | 17,900.82 | NA | NA | 0.00 | 0.00 |
| NCO Financial | Unsecured | 224.65 | NA | NA | 0.00 | 0.00 |
| NCO Financial Systems, Inc | Unsecured | 629.99 | NA | NA | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 37.39 | NA | NA | 0.00 | 0.00 |
| Northland Group Inc. | Unsecured | 1,188.65 | NA | NA | 0.00 | 0.00 |
| Northland Group Inc. | Unsecured | 1,150.90 | NA | NA | 0.00 | 0.00 |
| PALOS MEDICAL GROUP | Unsecured | 156.00 | NA | NA | 0.00 | 0.00 |
| Pinniacle Credit Services | Unsecured | 28,000.00 | NA | NA | 0.00 | 0.00 |
| Plaza Associates | Unsecured | 544.30 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery | Unsecured | 725.00 | NA | NA | 0.00 | 0.00 |
| Pulmonary & Critical Car Cons | Unsecured | 50.88 | NA | NA | 0.00 | 0.00 |
| Quest Diagnostics | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| Radiology Imaging Consult | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| Readers Digest | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| REPUBLIC SERVICES #721 | Unsecured | 214.00 | NA | NA | 0.00 | 0.00 |
| RMCB | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| seas & Associates | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| State Collection Service | Unsecured | 602.35 | NA | NA | 0.00 | 0.00 |
| The Billing Center | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| The New York Times | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| United Recovery Systems, Inc. | Unsecured | 725.00 | NA | NA | 0.00 | 0.00 |
| Village of Forest Park | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Vision Finacial Corp | Unsecured | 24,257.13 | NA | NA | 0.00 | 0.00 |
| WAKEFIELD & ASSOCIATES,INC | Unsecured | 735.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $3,898.17 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$3,898.17** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$152,492.35** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $19.50 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS:** | **$19.50** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 06/27/2017               By: /s/ Marilyn O. Marshall
                                                        Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**